IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL PATTERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 2:25-cv-01774 |
| v. | ) | |
| | ) | |
| WAJDA LAW GROUP, APC, | ) | |
| | ) | |
| Defendant. | ) | |

Hearing Type:  Telephonic Initial Case Management Conference
Date:  March 10, 2026
Present:  Judge Mark R. Hornak

| | |
|---|---|
| Counsel for Plaintiff | Andrew Roman Perrong |
| Counsel for Defendant | Robert J. Cosgrove; Simone Henderson |
| Court Reporter | Amanda Williamson |
| Law Clerk | Adrian Schmitt |
| Start time | 11:33 AM |
| End time | 11:52 AM |

SUMMARY OF PROCEEDINGS:

The Court held this telephonic initial case management conference to discuss the factual and procedural background of the case.

An appropriate Order will issue.