**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

---

DANIEL PATTERSON, individually and on
behalf of a class of all persons and entities
similarly situated,

        Plaintiff

vs.

WAJDA LAW GROUP, APC

        Defendant.

Case No. 25-cv-1774

---

## JOINT MOTION FOR EXTENSION OF TIME FOR DEADLINES

The Plaintiff and Defendant respectfully and jointly seek an extension of time with which to join parties or amend pleadings by right until May 22, 2026. In support thereof, the Parties state that they are in the process of engaging in the depositions that Plaintiff indicated to the Court would be necessary in order to ascertain the relationship between other potentially liable parties in the litigation and the scope and nature of their involvement in the calling conduct at issue. Specifically, the deposition of Aspiring Media Group is currently set for April 15, 2026, and was continued after a motion to compel was filed in Indiana. Additionally, the deposition of Nicholas Wajda is set to proceed on April 30, 2026, which is after the amendment deadline of April 27, 2026. The additional time will allow the Plaintiff to review the transcripts and any evidence and draft any potential amendment.

Accordingly, the Parties respectfully request an additional extension to accommodate the rescheduled depositions for the same reasons as outlined at the Rule 16 conference. The parties respectfully submit that good cause has been demonstrated for the requested extension.

As such, the parties respectfully request that the deadlines in this matter be extended as above. This extension is not sought for the purposes of delay or other improper purpose.

RESPECTFULLY SUBMITTED AND DATED this April 6, 2026.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

*Attorney for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

I, Andrew Roman Perrong, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

DATED this April 6, 2026.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.