**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DANIEL PATTERSON, individually and on behalf of a class of all persons and entities similarly situated, <br><br> Plaintiff <br><br> vs. <br><br> WAJDA LAW GROUP, APC <br><br> Defendant. | Case No. 25-cv-1774 |

**[PROPOSED ORDER GRANTING]**
**JOINT MOTION FOR EXTENSION OF TIME FOR DEADLINES**

AND NOW, this _____ day of _____, 2026, it is ORDERED that

the Motion for Extension of Time is GRANTED. The deadline to join parties or amend pleadings

by right is extended to and including May 22, 2026.

IT IS SO ORDERED.

*BY THE COURT:*

_____, J.