**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DANIEL PATTERSON, individually and on behalf of all others similarly situated, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | :     Case No. 2:25-CV-01774-MRH <br> : |
| WAJDA LAW GROUP, APC, | : <br> : |
| Defendants. | : <br> : |

## ENTRY OF APPEARANCE

Please enter the appearance of the undersigned as co-counsel of record for Defendant

Wajda Law Group, APC in the above-captioned matter.

Dated: Philadelphia, PA
       June 5, 2026

                 WADE CLARK MULCAHY LLP

                 */s/ Simone Henderson*

                 By: Simone Henderson, Esq.
                 Attorney ID # 336407
                 Wade Clark Mulcahy LLP
                 1515 Market Street, Suite 2050
                 Philadelphia, PA 19102
                 shenderson@wcmlaw.com (E-Mail)
                 267.239.5526 (Phone)
                 WCM # 7272.17576
                 *Attorneys for Defendant Wajda Law*
                 *Group, APC*