IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DANIEL PATTERSON, individually and on
behalf of a class of all persons and entities
similarly situated,

    Plaintiff,

    v.

WAJDA LAW GROUP, APC,
RECOVERY LAW GROUP APC, and
NICHOLAS WAJDA,

    Defendants.

Case No. 2:25-cv-01774-MRH

## <u>WAJDA LAW GROUP, APC'S MOTION TO DISMISS DANIEL PATTERSON'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)</u>

Defendant Wajda Law Group, APC ("WLG"), by and through its attorneys, Wade Clark Mulcahy LLP, hereby moves this Honorable Court for dismissal of the claims raised against it in Plaintiff Daniel Patterson's ("Patterson") Amended Complaint, pursuant to Federal Rule of Civil Procedure 12(b)(6), for the reasons set forth in the accompanying Memorandum of Law.

In short, WLG contends that Daniel Patterson has failed to plead, and indeed is unable to plead, a sufficient basis for imposing liability upon WLG for the conduct at issue, justifying dismissal of the claims against WLG pursuant to Federal Rule of Civil Procedure 12(b)(6). WLG's position is that: (1) Patterson has not and cannot adequately allege that WLG is directly liable under the language of the Telephone Consumer Protection Act because it did not engage in any conduct that constitutes "mak[ing] a call" under the language of the statute; and (2) Patterson has not and cannot adequately allege a basis for finding WLG liable for the actions of the other defendant(s) through vicarious liability or piercing the corporate veil. This Motion is supported by the attached Memorandum of Law, incorporated herein by reference.

Per this Court's Standing Order and Procedures on Civil Motion Practice, WLG states that this Motion has not been discussed with the other parties and serves as WLG's response to Patterson's Amended Complaint.

WHEREFORE, WLG respectfully requests that this Honorable Court dismiss Patterson's claims with prejudice insofar as they pertain to WLG and grant such other relief as it deems equitable and just.

Dated: Philadelphia, PA
June 6, 2026

Respectfully Submitted,

WADE CLARK MULCAHY LLP

*/s/ Robert J. Cosgrove*
Robert J. Cosgrove, Esq.

*/s/ Simone Henderson*
Simone Henderson, Esq.