IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

_____

DANIEL PATTERSON, individually and on        :
behalf of a class of all persons and entities  :
similarly situated,                            :
        Plaintiff,                         :
                                    :
        v.                                :    Case No. 2:25-cv-01774-MRH
                                      :
WAJDA LAW GROUP, APC,                        :
RECOVERY LAW GROUP APC, and                  :
NICHOLAS WAJDA,                              :
                                      :
        Defendants.                        :
_____      :

## ORDER

AND NOW, this _____ day of _____ 2026, upon consideration of

Defendant WAJDA LAW GROUP, APC'S ("Wajda Law Group") Motion to Dismiss Pursuant to

Fed. R. Civ. P. Rule 12(b)(6) to and any response thereto, it is hereby **ORDERED** and **DECREED**

that Wajda Law Group's Motion is **GRANTED** and all claims against Wajda Law Group are

**DISMISSED WITH PREJUDICE**.


                                      **BY THE COURT:**


                                      _____
                                        MARK R. HORNAK
                                        United States District Judge