# EXHIBIT A

Page 1

THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA


DANIEL PATTERSON, individually ) Case No. 2:25-cv-01774

and on behalf of all others )

similarly situated, )

)

              Plaintiff, )

    vs. )

)

WAJDA LAW GROUP, APC, )

)

         Defendants. )

)


DEPOSITION OF NICHOLAS WAJDA

LOS ANGELES, CALIFORNIA

APRIL 30, 2026


REPORTED BY:                 Magna Legal Services

DANA D. ASSAD              866-624-6221

CSR NO. 8095               www.MagnaLS.com



Page 2

THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA


DANIEL PATTERSON, individually ) Case No. 2:25-cv-01774
and on behalf of all others    )
similarly situated,            )
                               )
              Plaintiff,       )
       vs.                     )
                               )
WAJDA LAW GROUP, APC,          )
                               )
              Defendants.      )
                               )




    Deposition of Nicholas Wajda taken at 515 South
    Figueroa Street, Suite 1425, Los Angeles,
    California, commencing at 9:00 AM on
    Thursday, April 30, 2026, before Dana D. Assad,
    CSR No. 8095.



Page 3

APPEARANCES:

For the Plaintiff:

PERRONG LAW LLC
BY:  ANDREW ROMAN PERRONG, ESQ.
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
(215) 225-5529
a@perronglaw.com


For the Defendant:

WADE CLARK MULCAHY LLP
BY:  ROBERT J. COSGROVE, ESQ.
1515 Market Street
Suite 2050
Philadelphia, Pennsylvania 19102
(267) 665-0743
rcosgrove@wcmlaw.com


MAGNA
LEGAL SERVICES

Page 4

                        I N D E X

THE WITNESS              EXAMINATION              PAGE

NICHOLAS WAJDA           BY MR. PERRONG             5


        QUESTIONS NOT ANSWERED ON ADVICE OF COUNSEL:

                    Page 27, line 1

                    Page 29, line 3

                    Page 36, line 25



                        EXHIBITS

DESCRIPTION                                        PAGE

1 - Defendant Wajda Law Group, APC's Response to    10
    Plaintiff's First Set of Interrogatories

2 - Voice mail                                      15

3 - Defendant Wajda Law Group, APC's Response to    16
    Plaintiff's Second Set of Requests for
    Admissions

4 - Re: Patterson v.  Wajda Law Group Civ. Action   22
    2:25cv-0177 4-MRH: Response to Preservation
    Request and Documents Responsive to Request 3



Page 5

LOS ANGELES, CALIFORNIA; THURSDAY, APRIL 30, 2026

AT 9:00 AM

-oOo-

THE REPORTER:  I'm Dana Assad, CSR 8095.

NICHOLAS WAJDA,

having been administered an oath by the certified

shorthand reporter in compliance with Code of Civil

Procedure section 2094(a), was examined

and testified as follows:

EXAMINATION

BY MR. PERRONG:

Q    Could you state your full name for the record.

A    Nicholas McCall Wajda.

Q    And you are a licensed attorney; correct?

A    I am.

Q    And in what states?

A    I'm licensed in California, Texas, and Nevada.

Q    And you are the principal of Wajda Law Group,
APC?

A    Yes.

Q    Have you ever been deposed before?

A    Yes.



Page 6

Q    In what matters have you been deposed before?

A    I don't remember the name of the case.

Q    Just generally what was the subject matter?

A    Estate planning.

Q    Estate planning?

A    (Witness nods.)

MR. COSGROVE:  Try to keep your voice up a little bit.

THE WITNESS:  Okay.

Q    BY MR. PERRONG:  And I'm sure you've taken depositions before, but I just want to go over some ground rules.  As Mr. Cosgrove stated, just keep your voice up and try to make verbal answers.  The court reporter can't write down any nonverbal answers.  We'll do our best not to speak over each other.

If you answer a question, I'll assume you've understood it.  And from time to time your attorney may object but, unless he instructs you not to answer, you can go ahead and answer the question.

And I'm happy to take a break at anytime.  I just ask that we don't take a break while a question is pending.  Sounds fair?

A    Sounds good.

Q    You understand that you're under oath and that's the same oath that you would take as if you were



Page 7

in a court?

A    I do.

Q    Is there anything that would prevent you from testifying truthfully today?

A    There is not.

Q    Is there any reason why you would be unable to recall facts other than to the normal passage of time or normal reasons why you wouldn't be able to recall today?

MR. COSGROVE:  Objection.

You can answer.

THE WITNESS:  No.

Q    BY MR. PERRONG:  Did you did anything to prepare for today's deposition?

A    No.

MR. COSGROVE:  You mean outside of speaking with counsel, of course; right?

MR. PERRONG:  Yes.

MR. COSGROVE:  Which, for the record, he did speak with counsel.

Q    BY MR. PERRONG:  For approximately how long did you speak with counsel?

A    30 minutes.

Q    Did you review any documents?

A    I have leading up to today.

Q    What documents did you review leading up to


MAGNA
LEGAL SERVICES

Page 8

today?

A    Discovery responses.

Q    What is Wajda Law Group?

A    A professional corporation that operates as a law firm.

Q    And what is the scope of its business?

A    Consumer bankruptcy practice.

Q    In what states does it conduct consumer bankruptcy practice?

A    California.

Q    Are you familiar with Wajda & Associates, PC?

A    I am.

Q    What is the relationship between Wajda Law Group and Wajda & Associates, PC?

A    There is not one.

Q    Okay.  What is Wajda & Associates, PC?

A    It is a dba that we use in Texas bankruptcy filings.

Q    And what is Consumer Law Group?

A    Consumer Law Group was the original corporate name of a second firm that I own.  That's the dba Wajda & Associates is for Consumer Law Group, which is now called Recovery Law Group.

Q    And in what states does Consumer Law Group operate?



Page 9

A    As I said, that doesn't exist.  The name is Recovery Law Group.

Q    In what states does Recovery Law Group operate?

A    It operates in about 38 different ones.

Q    Including Pennsylvania?

A    Correct.

Q    Who owns Recovery Law Group?

A    I do.

Q    Are there any other owners of Recovery Law Group?

A    No.

Q    What is the relationship between Wajda Law Group and Recovery Law Group?

A    Other than me being the owner of both, there is not one.

Q    Does it share office space with -- when I say it, does Recovery Law Group share office space with Wajda Law Group?

A    No.

Q    Does it share a mailing address?

A    Generally, no.  The California has its own El Segundo mailing address.

Q    Who makes marketing decisions for Recovery Law Group?

A    I do.



Page 10

Q    Who makes marketing decisions for Wajda Law Group?

A    I do.

Q    Is Brian Harris an employee of Recovery Law Group?

A    Yes.

Q    Is Brian Harris an employee of Wajda Law Group?

A    No.

Q    I want to bring up and we'll mark this as Exhibit 1, your Responses to the Plaintiff's First Set of Interrogatories.

(Document was marked by the reporter as Plaintiff's Exhibit 1 and is attached hereto.)

MR. COSGROVE:  This is a number of different responses.

MR. PERRONG:  It's the responses to the first set of discovery.

MR. COSGROVE:  Right.  But they are separate documents.  So just for the record purposes, Exhibit 1 -- calling them by 1, not A? Exhibit 1 is the Response to Plaintiff's First Set of Interrogatories, Response to Plaintiff's Requests for Admissions.  And those are the two documents.

The first document is a nine-page document with a verification page.  The second document is a 13-page



Page 11

document with a verification page.  The witness has it in front of him.

Q   BY MR. PERRONG:  Could you turn to Interrogatory 10, please?

MR. COSGROVE:  Interrogatory 10, page 7 of 9.  Okay.

Q   BY MR. PERRONG:  In Interrogatory 10, you state that "WLG asserts that Recovery Law Group, APC (and/or its vendors) made the calls alleged in the complaint." Is that Wajda Law Group's position?

A   Correct.

Q   If Recovery Law Group placed the calls, who directed them to do so?

MR. COSGROVE:  Objection.  I think it's beyond the scope of the corporate designee deposition for Wajda Law Group, but I'll let the witness answer.

THE WITNESS:  What do you mean by directed?

Q   BY MR. PERRONG:  Who directed the calls at issue to take place?

MR. COSGROVE:  Objection.

You can answer.

THE WITNESS:  Daniel Patterson did.

Q   BY MR. PERRONG:  Who recorded the messages at issue in this litigation?

MR. COSGROVE:  Objection.



Page 12

You can answer.

Again, the witness is here on behalf of Wajda Law Group.

MR. PERRONG:  The witness is not here on behalf of Wajda Law Group.  He was subpoenaed in his individual capacity under Rule 30(b)(1).

MR. COSGROVE:  I'm looking at a Notice of Deposition right here.  The Notice of Deposition is to all parties.  It's Nicholas Wajda.  It is not a subpoena.  Therefore, it's a proper party notice.  And the court specifically restricted the deposition to issues relevant to the proper parties in this case.  In any event, I'm letting the witness answer.

THE WITNESS:  Sorry.  What was the question.

MR. COSGROVE:  Why don't you read it back?

(Record read.)

THE WITNESS:  Which messages are you asking about?

Q    BY MR. PERRONG:  I have an exhibit.  It's a digital exhibit; so we can e-mail it to you.  It's an audio file.  We don't need it transcribed.

A    If you are referring to the messages that Mr. Patterson received when he filled out the inquiry, I record those.

Q    And after you record those messages -- let me back up.  For what purpose -- for what company did you



Page 13

record those messages?

MR. COSGROVE:  Specific to Mr. Patterson?

Q   BY MR. PERRONG:  Specific to Mr. Patterson.

MR. COSGROVE:  You can answer.

THE WITNESS:  Recovery Law Group.

Q   BY MR. PERRONG: And after you recorded the message, where did you send the message to?

MR. COSGROVE:  Objection.

You can answer.

THE WITNESS:  I think their corporate name is ICE Mortgage.  It's uploaded into their software.

Q   BY MR. PERRONG:  Do you physically upload it?

MR. COSGROVE:  Him personally?

Q   BY MR. PERRONG: Yes.

A   I believe I did.  It was online through clicking a button.

Q   And you have access then to ICE Mortgage portal?

A   No longer.

Q   When did you lose access to the ICE Mortgage portal?

MR. COSGROVE:  Objection.

You can answer.

THE WITNESS:  It was early this year, January or February.



Page 14

Q    BY MR. PERRONG: And why did you lose access to that portal?

MR. COSGROVE:  Objection.

You can answer.

THE WITNESS:  We basically decided to stop using their portal.

Q    BY MR. PERRONG: So you canceled your account with ICE?

A    Correct.

Q    Did you undertake any work with ICE to insure that documents are not deleted during the pendency of this litigation when you terminated your relationship?

MR. COSGROVE:  Objection.

You can answer.

THE WITNESS:  Other than we put them on notice of the lawsuit.  That was the only communication we had about it.

Q    BY MR. PERRONG: How did you put them on notice of the lawsuit?

MR. COSGROVE:  Objection.

You can answer.

THE WITNESS:  E-mail.

MR. PERRONG:  We're going to play that exhibit. And, like I said, we'll mark it as Exhibit 2. We don't need it transcribed.



Page 15

(Exhibit 2 is attached hereto.)

MR. COSGROVE:  If we're going to play it -- you're going to attach an audio version?  We can go off the record on this.

(A discussion was held off the record.)

(Audio played.)

Q    BY MR. PERRONG:  That's your voice on the recording?

A    Yes.

Q    You say, "This is Nick with Wajda again"; right?

A    No.

Q    I'll replay the recording for you.

(Audio played.)

Q    BY MR. PERRONG:  What does that say?

A    "This is Nicholas Wajda."

Q    What is the telephone number (877) 550-0003?

A    Recovery Law Group's phone number.

Q    Does that telephone number appear on Recovery Law Group's website?

A    Yes.

Q    Does it appear on Wajda Law Group's website?

A    No.

MR. PERRONG:  We'll mark this document as Exhibit 3.


MAGNA
LEGAL SERVICES

Page 16

(Document was marked by the reporter as Plaintiff's Exhibit 3 and is attached hereto.)

MR. COSGROVE:  Exhibit 3 appears to be a combined set of documents.  The first one is Response to Plaintiff's Second Requests for Admissions.  And the second document is a Response to Plaintiff's Second Set of Requests for Production.  It has an exhibit at the back.  The witness has it in front of him.

Nick, let's put that down.

MR. PERRONG:  The record will reflect that the witness was looking at his cell phone.

MR. COSGROVE:  Let the record also reflect there was no question pending.

Let's take a break while I get him a cup.

(Recess.)

Q   BY MR. PERRONG:  Could you please turn to exhibit -- or I guess it's Bates No. 35?  It's this page.  Can you explain what we're looking at here?

A   It looks like the Jive account.

Q   What is Jive?

A   I think this is -- I think it's called Go-To now.  But it's our phone system.  It looks like it was wrong.

Q   Under Caller ID, do you see where it says Wajda Law Group?



Page 17

A    I do.

Q    So why is the telephone number -- is this telephone number Wajda Law Group's number or is it Recovery Law Group's number?

A    Should be just Recovery Law Group.  I don't know why it was set up that way.  I set up Wajda Law Group first and I might have had that number and switched it over.  It's an 800 number.

Q    Does that 800 number appear on any other materials for Wajda Law Group?

A    I can't say for sure.  I don't believe it does. I don't believe it's on the website, but I am not 100 percent sure.

Q    You are licensed in the United States District Court for the Western District of Texas; correct?

A    Correct.

Q    Do you know what telephone number appears on your bar status with the United States District Court for the Western District of Texas?

A    I do not.  No.

Q    If I represent to you that it's that 877 telephone number, would that be -- why is it the 877 number?

MR. COSGROVE:  Objection.

You can answer.


MAGNA
LEGAL SERVICES

Page 18

THE WITNESS:  Western Texas falls under Recovery Law Group.  It's not in California.

Q   BY MR. PERRONG:  Are you familiar with the attorney Michael Thomas Reid?

A   Yes.

Q   How do you know Michael Thomas Reid?

A   He works for Wajda Law Group.

Q   And his telephone number with bar licensing authorities is that same (877) 550-0003 number.  Why would his number be the telephone number for Wajda Law Group?

A   Which bar?

Q   California.

A   I don't know.  It's his bar page.

Q   Is it your testimony today that the (877) 550-0003 number is used solely by Recovery Law Group?

A   No.

Q   Is it used by both Recovery Law Group and Wajda Law Group?

A   I'd have to look at the Wajda Law Group website to see for sure, but it seems like it can be routed to either firm.

Q   How is the routing determined?

A   Based on the state.

Q   Previously you mentioned a relationship with



Page 19

ICE Mortgage Technology.  Who was the customer under whose name the ICE Mortgage Technology account was operated?

A  I don't recall if it was just my name or a firm name or both.

Q  Do you have the signature page for the ICE Mortgage Technology contract?

MR. COSGROVE:  Objection.

You can answer.

THE WITNESS:  No.  I didn't bring anything.

Q  BY MR. PERRONG:  Could you turn to Request for Admission 6, Exhibit 3.

A  All right.

Q  In request for Admission: 6, you denied subscribing to services from Ice Mortgage Technology?

MR. COSGROVE:  Objection.  That's not what the document says, but the witness can answer.

THE WITNESS:  Sorry.  What was the question?

Q  BY MR. PERRONG:  In Request for Admission: 6, you denied subscribing to services from ICE Mortgage Technology?

MR. COSGROVE:  Objection.  The admission doesn't say subscribe.  Is says subscribes, which is an active word.

THE WITNESS:  Correct.  We do no longer subscribe



Page 20

to them.

Q    BY MR. PERRONG:  But you subscribed to them at some point?

A    Are you asking me or which firm or what are you asking?

Q    I think your testimony previously was that you don't recall the specific firm that subscribed to ICE Mortgage Technology.  Is that accurate?

A    Correct.

Q    So some firm, either Wajda Law Group or Recovery Law Group, subscribed?

MR. COSGROVE:  Objection.  Or he said he might have done it himself personally, but the record controls.

Q    BY MR. PERRONG:  Is that accurate?

A    That someone did subscribe to them?  Yes.

Q    Could you turn to Request for Admission: 4.

MR. COSGROVE:  Are we still dealing with the second set of --

MR. PERRONG:  Yes.

MR. COSGROVE:  -- requests for admissions?  Yes. I think that is -- is that the first one or the second one that you have in front of you?

THE WITNESS:  Are we talking about three?

Q    BY MR. PERRONG:  The second.

A    Yeah.  I have it.


MAGNA
LEGAL SERVICES

Page 21

Q    You've denied subscribing to the telephone -- you denied that Wajda Law Group is the subscriber of record for the telephone number (724) 246-6670?

A    Correct.

Q    What is the basis for your denial?

A    I believe that number is owned by ICE Technology or ICE Mortgage.  It's not anything that we have through Go-To, which is our telephone system.

Q    Would you subscribe to that number through ICE?

MR. COSGROVE:  Objection.

You can answer.

THE WITNESS:  No.

Q    BY MR. PERRONG:  What systems did you review to ascertain or search for in order to ascertain whether or not that number -- who the subscriber of that number was?

A    The only system where my -- our -- either firm's number would be would be in our own phone subscription, which is Go-To, which that number doesn't exist; so that's why it's denied.

Q    Did you search for this number in ICE Mortgage Technology?

A    No.

Q    Why not?

A    It's not how it works.



Page 22

Q    How does it not work like that?

MR. COSGROVE:  Objection.

You can answer.

THE WITNESS:  There's no search for a telephone number used in their system.

Q    BY MR. PERRONG:  Did you contact ICE Mortgage Technology about this number?

A    No.

Q    Did you search for e-mails respective to this telephone number?

A    No.

Q    Did you check billing records respective to this telephone number?

A    No.

Q    Did you ask anybody at Recovery Law Group whether or not they recognize this number?

A    No.

Q    Did you ask Brian Harris whether or not he recognizes this number?

A    No.

Q    I'll show a document that we're going to mark as Exhibit 4.

(Document was marked by the reporter as

Plaintiff's Exhibit 4 and is attached hereto.)

MR. COSGROVE:  Has this previously been produced?



Page 23

MR. PERRONG:  No.

MR. COSGROVE:  I'm going to object to the witness being shown a document that I'm being shown here for the first time at the deposition.  I note there's nothing on this document suggesting that my client's ever seen it before, but he can answer a question such that it is.  I just note my objection.  I think this is improper conduct.

You can answer if there's a question pending.

MR. PERRONG:  There is no question pending.

MR. COSGROVE:  Okay.

Q   BY MR. PERRONG:  Mr. Wajda, I'll represent to you that this is the response that we received from the subpoena that we issued to ICE Mortgage Technology in this litigation.

MR. COSGROVE:  Then I'm going to object and direct him not to answer.  If this was specific to a subpoena and you not did not produce the subpoena responses, that's violative of the obligations of counsel under the federal rules.  Your obligation is to produce copies of subpoena responses.  If you didn't produce the subpoena responses, that's not appropriate.

MR. PERRONG:  You never asked us.

MR. COSGROVE:  You don't have to ask for a subpoena response in a federal case.  If you want, we can call



Page 24

the federal judge and see what he says about that.

MR. PERRONG: Yeah. Let's do it.

MR. COSGROVE: Okay. Let's do it. Do you have his number?

MR. PERRONG: I'll look it up.

MR. COSGROVE: You know what, we're talking about two documents. I'm going to note my standing objection to these questions to your three pages. I believe this is improper conduct by counsel. My objection is on the record. But rather than belabor the point, I'm going to let the witness answer. And I reserve my rights at a future point in time with respect to all of this.

Q    BY MR. PERRONG: So Mr. Wajda, I'll represent to you that this is the response that we received from ICE Mortgage Technology in response to a subpoena that we issued in this litigation. In this response, ICE Mortgage Technology states that the telephone number "belongs to Wajda Law Group with the contact listed as Nicholas Wajda." Do you see that?

A    Yes.

Q    So why did you deny that telephone number was Wajda Law Group's number?

MR. COSGROVE: Objection.

You can answer.

THE WITNESS: Because I don't own the phone numbers



Page 25

that ICE Mortgage uses or owns.

Q   BY MR. PERRONG:  Turn to the last page, please. I understand that this is a subscriber account printout from ICE Mortgage Technology.  Under Title, why does the title say Wajda Law Group?

MR. COSGROVE:  Objection.

You can answer.

THE WITNESS:  I don't know.  I didn't make this document or see it.

Q   BY MR. PERRONG:  Why does the contact say Nicholas Wajda?

MR. COSGROVE:  Objection.

You can answer.

THE WITNESS:  Well, I'm the contact.

Q   BY MR. PERRONG:  Do you recognize the name Natalie Stevenson?

A   No.

Q   Do you ever recall communicating with Natalie Stevenson?

A   No.

Q   Was she your account manager at ICE Mortgage Technology?

A   According to this document, she was.

Q   And then last login, it says February 18th of 2026.  Do you know who accessed ICE Mortgage Technology



Page 26

at that time?

A    I do not.  No.

Q    The phone number (310) 997-0471, do you recognize that number?

A    Yes.

Q    What is that number?

A    That's one of my direct office lines.

Q    And do you see that the database name LM31951 is associated with the telephone number (724) 246-6670?

MR. COSGROVE:  Objection.

You can answer.

THE WITNESS:  I don't see the database -- oh, I see it.  Okay.  Yes.  I see that.

Q    BY MR. PERRONG:  So this is the same telephone number that was used to contact the plaintiff in this case; correct?

MR. COSGROVE:  Objection.

You can answer.

THE WITNESS:  Correct.

Q    BY MR. PERRONG:  And sitting in an account titled Wajda Law Group with your name as the contact; correct?

MR. COSGROVE:  Objection.

You can answer.

THE WITNESS:  Correct.



Page 27

Q    BY MR. PERRONG:  Do you agree that this document makes your answer to Request for Admission: 4 incorrect?

MR. COSGROVE:  Objection. I'm directing him not to answer.

MR. PERRONG:  Why?

MR. COSGROVE:  I don't have to say why.  I'm directing him not to answer.  Next question.

MR. PERRONG:  Why are you instructing him not to answer?

MR. COSGROVE:  Because I think it calls for a legal conclusion.  The witness is here in a fact capacity, not for legal conclusions.

THE REPORTER:  Counsel, slow down.  Sorry.

MR. COSGROVE:  With respect to this, I'm directing him not to answer because I think the question is calling for a legal conclusion that's improper and not appropriate for a fact witness, which is how the witness has been noticed according to the deposition notice.

You want to ask the reasons, which I think you've already asked, as to the reasons upon which the witness decided to deny the allegation that verified Requests for Admissions, you're welcome to do that although I think he's answered it.  But I don't think it's appropriate to ask him for a conclusion.


MAGNA
LEGAL SERVICES

Page 28

Q    BY MR. PERRONG:    Request for Admission: 4 asks you to admit that Wajda Law Group is a subscriber of record for telephone number (724) 246-6670; correct?

A    Correct.

Q    Is Wajda Law Group the subscriber of record for that telephone number?

A    I'm still going to say no.

Q    Why not?

A    The way I understand ICE Mortgage works, I don't own any phone numbers.  I can't port phone numbers over to my own account.  I can't take the phone number and label it mine.

Through their subscription they have, I think in their sales pitch, thousands of phone numbers that they use and rotate in and out of the system.  We don't own any phone numbers.

Q    Why did you not review ICE Mortgage Technology to ascertain whether or not this telephone number was in your account?

MR. COSGROVE:  Objection.

You can answer.

THE WITNESS:  The answer I just gave.

Q    BY MR. PERRONG:  Which is?

A    That I don't own any phone numbers with them.  I understand that they own the phone numbers.  They use



Page 29

them in rotation rotating them in and out as they see fit, and I have no control over the phone numbers.

Q   Do you intend to amend your response to this request for admission?

MR. COSGROVE:  Objection.  I'm going to direct him not to answer.

Q   BY MR. PERRONG:  Can you turn to Request for Admission No. 5?  It says:  "Admit that Nicholas Wajda is the subscriber of record for the telephone number (724) 246-6670" and you denied that?

A   Correct.

Q   What's the basis for your denial?

A   I, as an individual, don't subscribe to anything.

Q   You are listed as the point of contact for the ICE Mortgage Technology account; correct?

A   Correct.

MR. COSGROVE:  So that doesn't make you a subscriber?

MR. COSGROVE:  Objection.

You can answer.

THE WITNESS:  It does not.

Q   BY MR. PERRONG:  You uploaded the recordings to ICE Mortgage Technology, and that doesn't make you a subscriber?



Page 30

MR. COSGROVE:  Objection.

You can answer.

THE WITNESS:  It does not.

Q    BY MR. PERRONG:  Are you aware that you have a duty to supplement discovery responses to ensure they're accurate?

MR. COSGROVE:  Objection.

You can answer.

THE WITNESS:  I do.

Q    BY MR. PERRONG:  Do you know who logged into ICE Mortgage Technology on February 18th of 2026?

A    I do not.

Q    Did you routinely access ICE Mortgage Technology?

MR. COSGROVE:  Him personally?

Q    BY MR. PERRONG:  Yes.

A    When?  What time period?

Q    At any time period during which you were subscribed to the service?

A    Yes.

Q    Can you look at your Request for Admission No. 7?  Request for Admission 7 asks you to admit that you subscribe to services from ICE Mortgage Technology.

And the response states you deny.  By way of further response, you state that any relationship



Page 31

through ICE Mortgage Technology was through WLG as an entity.  So what is WLG?

MR. COSGROVE:  One second.  Objection.  The word in the request for admission is subscribes, not subscribe. The witness can answer.

THE WITNESS:  Wajda Law Group.

Q    BY MR. PERRONG:  So this request for admission clarifies that the subscription to ICE Mortgage Technology was through Wajda Law Group?

A    No.

Q    Then what does it say?

A    It says that Wajda Law Group did subscribe to ICE Mortgage.  It doesn't say it's the only entity that does.

Q    Does Recovery Law Group have a separate ICE Mortgage Technology account?

A    No.

Q    Did it at any point have a separate ICE Mortgage Technology account?

A    I do not think so.

Q    So the telephone call, if it was sent through ICE Mortgage Technology, would have been sent in an account under whose name was Wajda Law Group; correct?

MR. COSGROVE:  Objection.

You can answer.


MAGNA
LEGAL SERVICES

Page 32

THE WITNESS:  Yes.

Q    BY MR. PERRONG:  So then what's the basis for your contention that Wajda Law Group is the incorrect defendant in this litigation?

MR. COSGROVE:  Objection; calls for a legal conclusion.

You can answer such that you know.

THE WITNESS:  Wajda Law Group doesn't practice outside of California.

Q    BY MR. PERRONG:  But Wajda Law Group owned the account that sent the prerecorded messages to the plaintiff; correct?

MR. COSGROVE:  Objection.

You can answer.

THE WITNESS:  Wajda Law Group is the entity that originally set up the account.  Recovery Law Group uses Wajda Law Group's account.  Recovery Law Group pays for its usage of the account.  Recovery Law Group covers the entire cost of ICE Mortgage.  Recovery Law Group is an entity that uses services of ICE Mortgage.

Q    BY MR. PERRONG:  Do you know if the contract with ICE Mortgage permits such conduct?

A    I do not.

Q    Why was the account with ICE Mortgage closed?

A    It was just a business decision.



Page 33

Q    What was the reasoning behind the business decision?

A    Cost.

MR. COSGROVE:  Objection.

Hold on.

Objection.

You can answer.

THE WITNESS:  Cost.

Q    BY MR. PERRONG:  Having now seen that the calling number is in the ICE Mortgage account in the name of Wajda Law Group, do you still maintain that Wajda Law Group is not the correct entity in this litigation?

MR. COSGROVE:  Objection.

You can answer.

THE WITNESS:  I do.

Q    BY MR. PERRONG:  That's because Wajda Law Group doesn't do business outside of California?

MR. COSGROVE:  Objection.

You can answer.

THE WITNESS:  Correct.

Q    BY MR. PERRONG:  The telephone number (724) 246-6670 is located in the Republic of Pennsylvania; correct?

MR. COSGROVE:  Objection.  I don't think



Page 34

Pennsylvania is a republic.

But you can answer.

THE WITNESS:  I believe that's correct.

Q   BY MR. PERRONG:  So why does Wajda Law Group have a telephone number that's used by ICE Mortgage if it operates solely in Pennsylvania -- if it operates solely in California?

MR. COSGROVE:  Objection.

You can answer.

THE WITNESS:  Wajda Law Group does not have a phone number, as I explained.

Q   BY MR. PERRONG:  Why does the ICE Mortgage Technology account have a telephone number associated with the State of Pennsylvania if it operates only in California?

MR. COSGROVE: Objection.  I think Pennsylvania is a commonwealth.

But you can answer.

THE WITNESS:  Recovery Law Group uses the account, and it operates in Pennsylvania.

MR. PERRONG:  I'll take a five-minute break and clean up my outline, and we should be good to go from there.

MR. COSGROVE:  Sure.

(Recess.)



Page 35

Q    BY MR. PERRONG:  Do you understand you're still under oath?

A    Yes.

Q    Do you know if the ICE Mortgage Technology system has -- let me back up.  Do you still have access to some form of the ICE Mortgage Technology system after you terminated your account?

A    I do not believe we do.  No.

Q    When you had the account, did it have the ability to run reports as to who was called?

A    Yes.

Q    Did you undertake to export any of that data before you closed your account?

A    I'm not sure if we did.

Q    Who would know?

A    Somebody in our IT department.

Q    Who is in -- and when you say "our," Recovery Law Group?

A    Yes.

Q    Who is in Recovery Law Group's IT department?

A    I'm not going to know their last names.  The first name is Nutan, N-u-t-a-n.  The other first name is like Vertik or something.  I don't know their names.

Q    After you uploaded your voice recording to ICE Mortgage Technology, would you identify the telephone



Page 36

numbers that would be called?

MR. COSGROVE:  Objection.

You can answer.

THE WITNESS:  I don't know what you mean by identify the telephone numbers.

Q   BY MR. PERRONG:  I guess would you go in and select "I want to call this number" or "that number" or "this list of numbers"?

A   Me personally, no.

Q   Who would?

A   I guess their employees, intake staff employees.

Q   Okay.  In Request for Admission No. 22 --

MR. COSGROVE:  On the second set?

MR. PERRONG:  Second set.  Yes.

Q   -- you admit that none of the recordings reflect any instructions on opting out of receiving calls?

MR. COSGROVE:  I'm going to object.  This is well beyond the scope of the limited purpose of today's deposition, which is to determine the proper defendants in the case as set forth by the judge.  But I will let the witness answer.

THE WITNESS:  That is what it says.

Q   BY MR. PERRONG:  Are you aware that the TCPA



Page 37

requires a prerecorded telemarketing message to include an opt-out mechanism?

MR. COSGROVE:  I'm going to object and direct him not to answer.  It's beyond the scope.

MR. PERRONG:  It is because it's subject to his personal liability under the TCPA.

MR. COSGROVE:  Yeah.  But that's not what today's deposition is about.  Today's deposition is about -- and the judge made this clear, and I sent you an e-mail confirming this -- specifically about who the proper defendants in the case are.

MR. PERRONG:  Right.  So he would be --

MR. COSGROVE:  Whoa.  Whoa.  Let me finish talking. In respect of the questions for today, I don't believe any questions specific to this request for admission are appropriate for the scope of the proper defendants in this case, which is what this case and what this question is about or which your question is beyond the scope of.  So I'm directing him not to answer.

MR. PERRONG:  It is subject to the proper defendant because the TCPA imposes  personal liability.  He would be a proper defendant if he didn't follow the prerecorded opt-out mechanisms under the TCPA.

MR. COSGROVE:  Only if he was acting in an individual capacity, not in a corporate capacity.  But



Page 38

in any event, I'm directing him not to answer.

MR. PERRONG:  TCPA makes no distinction between individual and corporate capacity.  It's personal involvement in the telephone conduct at issue. That's the standard.

MR. COSGROVE:  That's fine.  And I'm directing him not to answer.

MR. PERRONG:  Okay.  So we're going to call the court on this one too?

MR. COSGROVE:  Go ahead.

MR. PERRONG:  Apropos of what you did, we're going to leave the deposition open and we're going to seek a ruling on that because it's our contention besides that you can't instruct a witness not to answer unless it's privileged.  So we'll just leave the deposition open and we'll address that with the court at an appropriate time.

I have no further questions.

MR. COSGROVE:  Okay.  That's a wrap.

MR. PERRONG:  I just want to put something on the record as well regarding your objection just so that we have a clean record, and that is that the Advisory Committee notes to Rule 45 state that the parties desiring access to information produced in response to a subpoena will need to follow up with the party serving



Page 39

it or the person served to obtain access.  The rule does not limit the court's authority to order notice of receipt of produced materials or access to them.  The party serving the subpoena should, in any event, make reasonable provisions for prompt access.

MR. COSGROVE:  In response to all of that, I don't believe prompt access under any reading of the federal rules or the local rules for the Western District of Pennsylvania allow a party to provide a document in response to a subpoena to a witness and then attempt to sandbag the witness.  But we'll deal with that if and when it becomes an issue with the court.

MR. PERRONG:  All right.  That's it.

MR. COSGROVE: I'll get a copy.

THE REPORTER:  Okay.  Thank you.

(Deposition proceedings were suspended at 10:02 AM.)



DEPONENT'S DECLARATION

I, Nicholas Wajda, declare under penalty of perjury that I have read the foregoing transcript, and I have made any corrections, additions or deletions that I was desirous of making; that the foregoing is a true and correct transcript of my testimony contained therein.

Executed this _____ day of _____ 20__, at _____, California.


_____
WITNESS



Page 41

REPORTER'S CERTIFICATE

I, Dana D. Forbes, a Certified Shorthand Reporter No. 8095, do hereby certify:

That, prior to being examined, the witness named in the foregoing deposition, Nicholas Wajda, was by me duly sworn to testify the truth, the whole truth, and nothing but the truth.

That said deposition was taken down by me in shorthand at the time and place therein named and thereafter transcribed by computer-aided transcription under my direction, and I hereby certify that the foregoing deposition is a true and correct transcript of my shorthand notes so taken.

I certify that a request has been made by, or on behalf of, the witness to review, correct and sign the transcript of these proceedings.

I further certify that I am neither counsel for nor related to any party to said action nor in anywise interested in the outcome thereof.

IN WITNESS WHEREOF, I have hereunto subscribed my name this 13th day of May, 2026.


*Dana D. Assad*
_____
Dana D. Assad, CSR No. 8095



# Magna
## Key Contacts

### Schedule a Deposition:
Scheduling@MagnaLS.com | 866-624-6221

### Order a Transcript:
CustomerService@MagnaLS.com | 866-624-6221

### General Billing Inquiries:
ARTeam@MagnaLS.com | 866-624-6221

### Scheduling Operations Manager:
Patricia Gondor (E: PGondor@MagnaLS.com | C: 215-221-9566)

### Customer Care:
Cari Hartley (E: CHartley@MagnaLS.com | C: 843-814-0841)

### Director of Production Services:
Ron Hickman (E:RHickman@MagnaLS.com | C: 215-982-0810)

### National Director of Discovery Support Services:
Carmella Mazza (E: CMazza@MagnaLS.com | C: 856-495-1920)

### Billing Manager:
Maria Capetola (E: MCapetola@MagnaLS.com | C: 215-292-9603)

### Director of Sales Operations:
Kristina Moukina (E: KMoukina@MagnaLS.com | C: 215-796-5028)



**A**

**ability**
35:10
**able**
7:8
**about**
9:4 12:17 14:17
20:23 22:7 24:1,6
37:8,8,10,18
**access**
13:17,20 14:1 30:13
35:5 38:24 39:1,3,5
39:7
**accessed**
25:25
**according**
25:23 27:19
**account**
14:7 16:19 19:2 25:3
25:21 26:20 28:11
28:19 29:16 31:16
31:19,23 32:11,16
32:17,18,24 33:10
34:13,19 35:7,9,13
**accurate**
20:8,14 30:6
**acting**
37:24
**action**
4:18 41:18
**active**
19:23
**additions**
40:5
**address**
9:20,22 38:16
**administered**
5:8
**admission**
19:12,14,19,22 20:16
27:2 28:1 29:4,8
30:21,22 31:4,7
36:13 37:15
**admissions**
4:18 10:22 16:5

20:20 27:23
**admit**
28:2 29:8 30:22
36:16
**ADVICE**
4:7
**Advisory**
38:22
**after**
12:24 13:6 35:6,24
**again**
12:2 15:10
**agree**
27:1
**ahead**
6:19 38:10
**all**
1:4 2:4 12:9 19:13
24:12 39:6,13
**allegation**
27:22
**alleged**
11:9
**allow**
39:9
**already**
27:21
**also**
16:12
**although**
27:23
**am**
2:16 5:2,18 8:12
17:12 39:16 41:17
**amend**
29:3
**an**
5:8 10:4,7 12:18,19
15:3 16:7 17:8
19:23 26:20 29:13
31:1,22 32:19 37:2
37:9,24 38:16 39:12
**and**
1:4 2:4 4:19 5:11,17
5:19,20,21 6:10,13
6:17,19,20,24 8:6

8:14,19,24 9:13
10:9,13,22 12:10,24
13:6,17 14:1,24
16:2,5 17:7,7 18:8
18:18 22:24 23:16
23:18 24:1,11 25:24
26:8,20 27:17 28:12
28:15,15 29:1,2,10
29:24 30:24 34:20
34:21,22 35:17 36:6
37:3,8,9,17 38:3,6
38:12,15,22 39:10
39:11 40:4,6 41:6,9
41:9,11,12,15
**ANDREW**
3:3
**and/or**
11:8
**Angeles**
1:15 2:15 5:1
**answer**
6:16,18,19 7:10
11:16,21 12:1,13
13:4,9,23 14:4,14
14:21 17:25 19:9,17
21:11 22:3 23:6,9
23:17 24:11,24 25:7
25:13 26:11,18,24
27:2,5,8,10,16
28:21,22 29:6,21
30:2,8 31:5,25 32:7
32:14 33:7,15,20
34:2,9,18 36:3,23
37:4,19 38:1,7,14
**answered**
4:7 27:24
**answers**
6:13,14
**any**
6:14 7:6,23 9:9 12:13
14:10 17:9 28:10,16
28:24 30:18,25
31:18 35:12 36:17
37:15 38:1 39:4,7
40:5 41:18
**anybody**

22:15
**anything**
7:3,12 19:10 21:7
29:14
**anytime**
6:20
**anywise**
41:18
**APC**
1:7 2:7 5:22 11:8
**APC's**
4:15,17
**appear**
15:19,22 17:9
**APPEARANCES**
3:1
**appears**
16:3 17:17
**appropriate**
23:22 27:18,25 37:16
38:16
**approximately**
7:20
**April**
1:16 2:17 5:1
**Apropos**
38:11
**are**
5:17,21 8:11 9:9
10:18,22 12:17,21
14:11 17:14 18:3
20:4,4,17,23 27:9
29:15 30:4 36:25
37:11,15
**as**
5:11 6:12,25 8:4 9:1
10:9,12 14:24 15:24
16:1 22:22,23 24:18
26:21 27:21 29:1,13
29:15 31:1 34:11
35:10 36:22 38:21
**ascertain**
21:14,14 28:18
**ask**
6:21 22:15,18 23:24
27:20,25



**asked**
23:23 27:21
**asking**
12:17 20:4,5
**asks**
28:1 30:22
**Assad**
1:24 2:17 5:5 41:24
**asserts**
11:8
**associated**
26:9 34:13
**Associates**
8:11,14,16,22
**assume**
6:16
**at**
2:14,16 5:2 6:20
11:18,23 12:7 16:7
16:11,18 18:20 20:2
22:15 23:4 24:11
25:21 26:1 30:18,21
31:18 38:4,16 39:16
40:9 41:9
**attach**
15:3
**attached**
10:13 15:1 16:2
22:24
**attempt**
39:10
**attorney**
5:17 6:17 18:4
**audio**
12:20 15:3,6,14
**authorities**
18:9
**authority**
39:2
**Avenue**
3:4
**aware**
30:4 36:25
**a@perronglaw.com**
3:5

— B —
**back**
12:15,25 16:8 35:5
**bankruptcy**
8:7,9,17
**bar**
17:18 18:8,12,14
**Based**
18:24
**basically**
14:5
**basis**
21:5 29:12 32:2
**Bates**
16:17
**be**
7:6,8 16:3 17:5,22
18:10,21 21:18,18
34:22 36:1 37:12,22
**because**
24:25 27:11,16 33:17
37:5,21 38:13
**becomes**
39:12
**been**
5:8,24 6:1 22:25
27:19 31:22 41:14
**before**
2:17 5:24 6:1,11 23:6
35:13
**behalf**
1:4 2:4 12:2,4 41:15
**behind**
33:1
**being**
9:14 23:3,3 41:4
**belabor**
24:10
**believe**
13:15 17:11,12 21:6
24:8 34:3 35:8
37:14 39:7
**belongs**
24:18
**besides**

38:13
**best**
6:15
**between**
8:13 9:12 38:2
**beyond**
11:14 36:20 37:4,18
**billing**
22:12
**bit**
6:8
**both**
9:14 18:18 19:5
**break**
6:20,21 16:14 34:21
**Brian**
10:4,7 22:18
**bring**
10:9 19:10
**business**
8:6 32:25 33:1,18
**but**
6:11,18 10:18 11:16
16:22 17:12 18:21
19:17 20:2,13 23:6
24:10 27:24 32:10
34:2,18 36:22 37:7
37:25 39:11 41:7
**button**
13:16
**by**
1:24 3:3,9 4:4 5:8,14
6:10 7:12,20 10:12
10:20 11:3,7,17,18
11:23 12:18 13:3,6
13:12,14 14:1,7,18
15:7,15 16:1,16
18:3,16,18 19:11,19
20:2,14,24 21:6,13
22:6,23 23:12 24:9
24:13 25:2,10,15
26:14,20 27:1 28:1
28:23 29:7,23 30:4
30:10,16,24 31:7
32:2,10,21 33:9,17
33:22 34:4,5,12

35:1 36:4,6,22,25
41:5,8,10,14

— C —
**California**
1:15 2:16 5:1,20 8:10
9:21 18:2,13 32:9
33:18 34:7,15 40:9
**call**
23:25 31:21 36:7
38:8
**called**
8:23 16:21 35:10
36:1
**Caller**
16:24
**calling**
10:20 27:17 33:10
**calls**
11:9,12,18 27:11
32:5 36:18
**can**
6:19 7:10 11:21 12:1
12:19 13:4,9,23
14:4,14,21 15:3
16:18 17:25 18:21
19:9,17 21:11 22:3
23:6,9,25 24:24
25:7,13 26:11,18,24
28:21 29:7,21 30:2
30:8,21 31:5,25
32:7,14 33:7,15,20
34:2,9,18 36:3
**canceled**
14:7
**can't**
6:14 17:11 28:10,11
38:14
**capacity**
12:6 27:12 37:25,25
38:3
**Carmel**
3:4
**case**
1:4 2:4 6:2 12:12
23:25 26:16 36:22




MAGNA
LEGAL SERVICES

37:11,17,17
**cell**
16:11
**CERTIFICATE**
41:1
**certified**
5:8 41:2
**certify**
41:3,11,14,17
**check**
22:12
**Civ**
4:18
**Civil**
5:9
**clarifies**
31:8
**CLARK**
3:8
**clean**
34:22 38:22
**clear**
37:9
**clicking**
13:16
**client's**
23:5
**closed**
32:24 35:13
**Code**
5:9
**combined**
16:3
**commencing**
2:16
**Committee**
38:23
**commonwealth**
34:17
**communicating**
25:18
**communication**
14:16
**company**
12:25
**complaint**

11:9
**compliance**
5:9
**computer-aided**
41:10
**conclusion**
27:12,17,25 32:6
**conclusions**
27:13
**conduct**
8:8 23:8 24:9 32:22
38:4
**confirming**
37:10
**consumer**
8:7,8,19,20,22,24
**contact**
22:6 24:18 25:10,14
26:15,21 29:15
**contained**
40:7
**contention**
32:3 38:13
**contract**
19:7 32:21
**control**
29:2
**controls**
20:13
**copies**
23:20
**copy**
39:14
**corporate**
8:20 11:15 13:10
37:25 38:3
**corporation**
8:4
**correct**
5:17 9:6 11:11 14:9
17:15,16 19:25 20:9
21:4 26:16,19,22,25
28:3,4 29:11,16,17
31:23 32:12 33:12
33:21,24 34:3 40:7
41:12,15

**corrections**
40:5
**Cosgrove**
3:9 6:7,12 7:9,15,18
10:14,18 11:5,14,20
11:25 12:7,15 13:2
13:4,8,13,22 14:3
14:13,20 15:2 16:3
16:12 17:24 19:8,16
19:22 20:12,17,20
21:10 22:2,25 23:2
23:11,16,24 24:3,6
24:23 25:6,12 26:10
26:17,23 27:4,7,11
27:15 28:20 29:5,18
29:20 30:1,7,15
31:3,24 32:5,13
33:4,14,19,25 34:8
34:16,24 36:2,14,19
37:3,7,13,24 38:6
38:10,19 39:6,14
**cost**
32:19 33:3,8
**Could**
5:15 11:3 16:16
19:11 20:16
**counsel**
4:7 7:16,19,21 23:19
24:9 27:14 41:17
**course**
7:16
**court**
1:1 2:1 6:13 7:1
12:11 17:15,18 38:9
38:16 39:12
**court's**
39:2
**covers**
32:18
**CSR**
1:25 2:18 5:5 41:24
**cup**
16:14
**customer**
19:1

**D**

**D**
1:24 2:17 4:1 41:2,24
**Dana**
1:24 2:17 5:5 41:2,24
**Daniel**
1:4 2:4 11:22
**data**
35:12
**database**
26:8,12
**day**
40:8 41:21
**dba**
8:17,21
**deal**
39:11
**dealing**
20:17
**decided**
14:5 27:22
**decision**
32:25 33:2
**decisions**
9:23 10:1
**DECLARATION**
40:1
**declare**
40:3
**defendant**
3:7 4:15,17 32:4
37:20,22
**defendants**
1:8 2:8 36:21 37:11
37:16
**deleted**
14:11
**deletions**
40:5
**denial**
21:5 29:12
**denied**
19:14,20 21:1,2,20
29:10
**deny**


MAGNA
LEGAL SERVICES

24:21 27:22 30:24
**department**
35:16,20
**DEPONENT'S**
40:1
**deposed**
5:24 6:1
**deposition**
1:14 2:14 7:13 11:15
 12:8,8,11 23:4
 27:19 36:21 37:8,8
 38:12,15 39:16 41:5
 41:8,12
**depositions**
6:11
**DESCRIPTION**
4:14
**designee**
11:15
**desiring**
38:24
**desirous**
40:6
**determine**
36:21
**determined**
 18:23
**did**
 7:12,12,18,20,23,25
 11:22 12:25 13:7,15
 13:20 14:1,10,18
 20:15 21:13,21 22:6
 22:9,12,15,18 23:18
 24:21 28:17 30:13
 31:12,18 35:9,12,14
 38:11
**didn't**
 19:10 23:21 25:8
 37:22
**different**
 9:4 10:14
**digital**
 12:19
**direct**
 23:16 26:7 29:5 37:3
**directed**

11:13,17,18
**directing**
 27:4,8,15 37:19 38:1
 38:6
**direction**
 41:11
**discovery**
 8:2 10:17 30:5
**discussion**
 15:5
**distinction**
 38:2
**District**
 1:1,2 2:1,2 17:14,15
 17:18,19 39:8
**do**
 6:15 7:2 9:8,25 10:3
 11:13,17 13:12
 16:24 17:1,17,20
 18:6 19:6,25 24:2,3
 24:3,19 25:15,18,25
 26:2,3,8 27:1,23
 29:3 30:9,10,12
 31:20 32:21,23
 33:11,16,18 35:1,4
 35:5,8,8 41:3
**document**
 10:12,24,24,25 11:1
 15:24 16:1,6 19:17
 22:21,23 23:3,5
 25:9,23 27:2 39:9
**documents**
 4:19 7:23,25 10:19
 10:23 14:11 16:4
 24:7
**does**
 8:8,24 9:3,16,17,20
 15:15,19,22 17:9,11
 22:1 25:4,10 29:22
 30:3 31:11,14,15
 34:4,10,12 39:1
**doesn't**
 9:1 19:22 21:19
 29:18,24 31:13 32:8
 33:18
**done**

20:13
**don't**
 6:2,21 12:15,20
 14:24 17:5,11,12
 18:14 19:4 20:7
 23:24 24:25 25:8
 26:12 27:7,24 28:10
 28:15,24 29:13
 33:25 35:23 36:4
 37:14 39:6
**down**
 6:14 16:9 27:14 41:8
**duly**
 41:5
**during**
 14:11 30:18
**duty**
 30:5

---

## E

**E**
 4:1
**each**
 6:15
**early**
 13:24
**either**
 18:22 20:10 21:17
**El**
 9:21
**employee**
 10:4,7
**employees**
 36:11,12
**ensure**
 30:5
**entire**
 32:19
**entity**
 31:2,13 32:15,20
 33:12
**ESQ**
 3:3,9
**Estate**
 6:4,5
**event**

12:13 38:1 39:4
**ever**
 5:24 23:5 25:18
**EXAMINATION**
 4:3 5:13
**examined**
 5:10 41:4
**Executed**
 40:8
**exhibit**
 10:10,13,19,20 12:18
 12:19 14:23,24 15:1
 15:24 16:2,3,7,17
 19:12 22:22,24
**EXHIBITS**
 4:13
**exist**
 9:1 21:20
**explain**
 16:18
**explained**
 34:11
**export**
 35:12
**e-mail**
 12:19 14:22 37:9
**e-mails**
 22:9

---

## F

**fact**
 27:12,18
**facts**
 7:7
**fair**
 6:22
**falls**
 18:1
**familiar**
 8:11 18:3
**February**
 13:25 25:24 30:11
**federal**
 23:20,25 24:1 39:7
**Figueroa**
 2:15


MAGNA
LEGAL SERVICES

**file**
12:20
**filings**
8:18
**filled**
12:22
**fine**
38:6
**finish**
37:13
**firm**
8:5,21 18:22 19:4
20:4,7,10
**firm's**
21:18
**first**
4:15 10:10,16,21,24
16:4 17:7 20:21
23:4 35:22,22
**fit**
29:2
**five-minute**
34:21
**follow**
37:22 38:25
**follows**
5:11
**for**
1:2 2:2 3:2,7 4:17
5:15 7:13,18,20
8:22 9:23 10:1,19
10:22 11:15 12:25
12:25 15:13 16:5,7
17:10,11,15,19 18:7
18:10,21 19:6,11,14
19:19 20:16,20 21:3
21:5,14,21 22:4,9
23:3,24 27:2,11,13
27:17,18,23,25 28:1
28:3,5 29:4,7,9,12
29:15 30:21,22 31:4
31:7 32:2,5,17
36:13 37:14,15,16
39:5,8 41:17
**Forbes**
41:2

**foregoing**
40:4,6 41:5,12
**form**
35:6
**forth**
36:22
**from**
6:17 7:3 19:15,20
23:13 24:14 25:4
30:23 34:22
**front**
11:2 16:8 20:22
**full**
5:15
**further**
30:25 38:18 41:17
**future**
24:12

─────── **G** ───────

**gave**
28:22
**generally**
6:3 9:21
**get**
16:14 39:14
**Glenside**
3:4
**go**
6:11,19 15:3 34:22
36:6 38:10
**going**
14:23 15:2,3 22:21
23:2,16 24:7,10
28:7 29:5 35:21
36:19 37:3 38:8,11
38:12
**good**
6:23 34:22
**Go-To**
16:21 21:8,19
**ground**
6:12
**Group**
1:7 2:7 4:15,17,18
5:21 8:3,14,19,20

8:22,23,24 9:2,3,7
9:10,13,13,17,18,24
10:2,5,7 11:8,12,16
12:3,5 13:5 16:25
17:5,7,10 18:2,7,11
18:16,18,19,20
20:10,11 21:2 22:15
24:18 25:5 26:21
28:2,5 31:6,9,12,15
31:23 32:3,8,10,15
32:16,17,18,19
33:11,12,17 34:4,10
34:19 35:18
**Group's**
11:10 15:18,20,22
17:3,4 24:22 32:17
35:20
**guess**
16:17 36:6,11

─────── **H** ───────

**had**
14:16 17:7 35:9
**happy**
6:20
**Harris**
10:4,7 22:18
**has**
9:21 11:1 16:7,8
22:25 27:19 35:5
41:14
**have**
5:24 6:1 7:24 12:18
13:17 17:7 18:20
19:6 20:12,22,25
21:8 23:24 24:3
27:7 28:13 29:2
30:4 31:15,18,22
34:5,10,13 35:5,9
38:18,22 40:4,5
41:20
**having**
5:8 33:9
**he**
6:18 7:18 12:5,22
18:7 20:12,12 22:18

23:6 24:1 37:12,21
37:22,24
**held**
15:5
**here**
12:2,4,8 16:18 23:3
27:12
**hereby**
41:3,11
**hereto**
10:13 15:1 16:2
22:24
**hereunto**
41:20
**he's**
27:24
**him**
11:2 13:13 16:8,14
23:17 27:4,8,9,16
27:25 29:5 30:15
37:3,19 38:1,6
**himself**
20:13
**his**
12:5 16:11 18:8,10
18:14 24:3 37:5
**Hold**
33:5
**how**
7:20 14:18 18:6,23
21:25 22:1 27:18

─────── **I** ───────

**Ice**
13:10,17,20 14:8,10
19:1,2,6,15,20 20:7
21:6,7,9,21 22:6
23:14 24:15,16 25:1
25:4,21,25 28:9,17
29:16,24 30:11,13
30:23 31:1,8,13,15
31:18,22 32:19,20
32:22,24 33:10 34:5
34:12 35:4,6,24
**ID**
16:24



identify
 35:25 36:5
if
 6:16,25 11:12 12:21
   15:2 17:21 19:4
   23:9,17,21,25 31:21
   32:21 34:5,6,14
   35:4,14 37:22,24
   39:11
imposes
 37:21
improper
 23:7 24:9 27:17
in
 5:9,19,20 6:1 7:1 8:8
   8:17,24 9:3,4 11:2,7
   11:9,24 12:5,12,12
   16:8 17:14 18:2
   19:14,19 20:22
   21:14,18,21 22:5
   23:14,25 24:12,15
   24:16,16 26:15,20
   27:12 28:13,15,18
   29:1,1 31:3,22 32:4
   33:10,10,12,23 34:6
   34:7,14,20 35:16,17
   35:20 36:6,13,22
   37:11,14,16,24,25
   38:1,4,24 39:4,6,9
   41:4,8,18,19,20
include
 37:1
Including
 9:5
incorrect
 27:3 32:3
individual
 12:5 29:13 37:25
   38:3
individually
 1:4 2:4
information
 38:24
inquiry
 12:22
instruct

38:14
instructing
 27:9
instructions
 36:17
instructs
 6:18
insure
 14:10
intake
 36:11
intend
 29:3
interested
 41:19
Interrogatories
 4:15 10:11,21
Interrogatory
 11:4,5,7
into
 13:11 30:10
involvement
 38:4
issue
 11:19,24 38:4 39:12
issued
 23:14 24:16
issues
 12:12
it
 6:17 8:8,17 9:4,16,17
   9:20 11:1 12:9,15
   12:19,20 13:12,15
   13:24 14:17,24,25
   15:2,22 16:7,8,19
   16:22,22,24 17:3,6
   17:8,11,22 18:15,18
   18:21,21 19:4 20:13
   20:25 21:25 22:1
   23:5,6 24:2,3,5 25:9
   25:24 26:13 27:11
   27:24 28:12 29:8,22
   30:3 31:11,12,13,18
   31:21 32:25 34:6,6
   34:14,20 35:9,16,20
   36:24 37:5,20 39:1

39:12,13
its
 8:6 9:21 11:9 32:18
it's
 10:16 11:14 12:9,10
   12:18,19 13:11
   16:17,17,21,22 17:8
   17:12,21 18:2,14
   21:7,20,25 27:24
   31:13 37:4,5 38:3
   38:13,14
I'd
 18:20
I'll
 6:16 11:16 15:13
   22:21 23:12 24:5,13
   34:21 39:14
I'm
 5:5,20 6:10,20 12:7
   12:13 23:2,3,16
   24:7,10 25:14 27:4
   27:7,15 28:7 29:5
   35:14,21 36:19 37:3
   37:19 38:1,6

———————————
J
———————————

J
 3:9
January
 13:24
Jive
 16:19,20
judge
 24:1 36:22 37:9
just
 6:3,11,12,20 10:19
   17:5 19:4 23:7
   28:22 32:25 38:15
   38:20,21

———————————
K
———————————
keep
 6:7,12
know
 17:6,17 18:6,14 24:6
   25:8,25 30:10 32:7

32:21 35:4,15,21,23
 36:4

———————————
L
———————————
label
 28:12
last
 25:2,24 35:21
law
 1:7 2:7 3:3 4:15,17
   4:18 5:21 8:3,5,13
   8:19,20,22,23,24
   9:2,3,7,9,12,13,17
   9:18,23 10:1,4,7
   11:8,10,12,15 12:2
   12:5 13:5 15:18,20
   15:22 16:25 17:3,4
   17:5,6,10 18:2,7,10
   18:16,18,19,20
   20:10,11 21:2 22:15
   24:18,22 25:5 26:21
   28:2,5 31:6,9,12,15
   31:23 32:3,8,10,15
   32:16,17,17,18,19
   33:11,12,17 34:4,10
   34:19 35:18,20
lawsuit
 14:16,19
leading
 7:24,25
leave
 38:12,15
legal
 1:24 27:11,13,17
   32:5
let
 11:16 12:24 16:12
   24:11 35:5 36:22
   37:13
letting
 12:13
let's
 16:9,14 24:2,3
liability
 37:6,21
licensed


MAGNA
LEGAL SERVICES

5:17,20 17:14
**licensing**
18:8
**like**
14:24 16:19,22 18:21
22:1 35:23
**limit**
39:2
**limited**
36:20
**line**
4:8,9,10
**lines**
26:7
**list**
36:8
**listed**
24:18 29:15
**litigation**
11:24 14:12 23:15
24:16 32:4 33:13
**little**
6:7
**LLC**
3:3
**LLP**
3:8
**LM31951**
26:8
**local**
39:8
**located**
33:23
**logged**
30:10
**login**
25:24
**long**
7:20
**longer**
13:19 19:25
**look**
18:20 24:5 30:21
**looking**
12:7 16:11,18
**looks**

16:19,22
**Los**
1:15 2:15 5:1
**lose**
13:20 14:1

___

**M**

**made**
11:9 37:9 40:5 41:14
**Magna**
1:24
**mail**
4:16
**mailing**
9:20,22
**maintain**
33:11
**make**
6:13 25:8 29:18,24
39:4
**makes**
9:23 10:1 27:2 38:2
**making**
40:6
**manager**
25:21
**mark**
10:9 14:24 15:24
22:21
**marked**
10:12 16:1 22:23
**Market**
3:9
**marketing**
9:23 10:1
**materials**
17:10 39:3
**matter**
6:3
**matters**
6:1
**may**
6:17 41:21
**McCall**
5:16
**me**

9:14 12:24 20:4 35:5
36:9 37:13 41:5,8
**mean**
7:15 11:17 36:4
**mechanism**
37:2
**mechanisms**
37:23
**mentioned**
18:25
**message**
13:7,7 37:1
**messages**
11:23 12:17,21,24
13:1 32:11
**Michael**
18:4,6
**might**
17:7 20:12
**mine**
28:12
**minutes**
7:22
**Mortgage**
13:11,17,20 19:1,2,7
19:15,20 20:8 21:7
21:21 22:6 23:14
24:15,17 25:1,4,21
25:25 28:9,17 29:16
29:24 30:11,13,23
31:1,8,13,16,19,22
32:19,20,22,24
33:10 34:5,12 35:4
35:6,25
**Mount**
3:4
**MULCAHY**
3:8
**my**
19:4 21:17 23:5,7
24:7,9,11 26:7
28:11 34:22 40:7
41:11,13,20

___

**N**

**N**

4:1
**name**
5:15 6:2 8:21 9:1
13:10 19:2,4,5
25:15 26:8,21 31:23
33:11 35:22,22
41:21
**named**
41:4,9
**names**
35:21,23
**Natalie**
25:16,18
**need**
12:20 14:25 38:25
**neither**
41:17
**Nevada**
5:20
**never**
23:23
**Next**
27:8
**Nicholas**
1:14 2:14 4:4 5:7,16
12:9 15:16 24:19
25:11 29:8 40:3
41:5
**Nick**
15:10 16:9
**nine-page**
10:24
**no**
1:4,25 2:4,18 7:11,14
9:11,19,21 10:8
13:19 15:12,23
16:13,17 17:20
18:17 19:10,25
21:12,23 22:4,8,11
22:14,17,20 23:1,10
25:17,20 26:2 28:7
29:2,8 30:21 31:10
31:17 35:8 36:9,13
38:2,18 41:3,24
**nods**
6:6



MAGNA
LEGAL SERVICES

**none**
36:16
**nonverbal**
6:14
**nor**
41:17,18
**normal**
7:7,8
**not**
4:7 6:15,18 7:5 8:15
9:15 10:20 12:4,9
14:11 17:12,20 18:2
19:16 21:7,15,24,25
22:1,16,18 23:17,18
23:18,22 26:2 27:4
27:8,9,12,16,17
28:8,17,18 29:6,22
30:3,12 31:4,20
32:23 33:12 34:10
35:8,14,21 37:4,7
37:19,25 38:1,7,14
39:2
**note**
23:4,7 24:7
**notes**
38:23 41:13
**nothing**
23:4 41:6
**notice**
12:7,8,10 14:15,18
27:19 39:2
**noticed**
27:19
**now**
8:22 16:22 33:9
**number**
10:14 15:17,18,19
17:2,3,3,4,7,8,9,17
17:22,23 18:8,9,10
18:10,16 21:3,6,9
21:15,15,18,19,21
22:5,7,10,13,16,19
24:4,17,21,22 26:3
26:4,6,9,15 28:3,6
28:11,18 29:9 33:10
33:22 34:5,11,13

36:7,7
**numbers**
24:25 28:10,10,14,16
28:24,25 29:2 36:1
36:5,8
**Nutan**
35:22
**N-u-t-a-n**
35:22

## O

**oath**
5:8 6:24,25 35:2
**object**
6:18 23:2,16 36:19
37:3
**objection**
7:9 11:14,20,25 13:8
13:22 14:3,13,20
17:24 19:8,16,22
20:12 21:10 22:2
23:7 24:7,9,23 25:6
25:12 26:10,17,23
27:4 28:20 29:5,20
30:1,7 31:3,24 32:5
32:13 33:4,6,14,19
33:25 34:8,16 36:2
38:21
**obligation**
23:20
**obligations**
23:19
**obtain**
39:1
**of**
1:2,4,14 2:2,4,14 4:7
4:15,17 5:9,21 6:2
7:7,15,16 8:6,21 9:9
9:14 10:4,7,11,14
10:17,21 11:2,5,15
12:2,4,7,8 14:11,15
14:19 16:4,7,8
17:15,19 20:18,22
21:2,15 23:19,19,20
24:12 25:24 26:7
28:2,5,14,15 29:9

29:15 30:11,24 32:9
32:18,19,20 33:11
33:18,23 34:14 35:6
35:12 36:8,16,17,20
36:20 37:14,16,19
38:11 39:2,3,6,7,8
40:3,6,7,8 41:12,15
41:16,21
**off**
15:3,5
**office**
9:16,17 26:7
**oh**
26:12
**Okay**
6:9 8:16 11:6 23:11
24:3 26:13 36:13
38:8,19 39:15
**on**
1:4 2:4,16 4:7 12:2,4
14:15,18 15:4,7,19
15:22 17:9,12,17
18:24 23:4 24:9
30:11 33:5 36:14,17
38:9,13,20 41:14
**one**
8:15 9:15 16:4 20:21
20:21 26:7 31:3
38:9
**ones**
9:4
**online**
13:15
**only**
14:16 21:17 31:13
34:14 37:24
**oOo**
5:3
**open**
38:12,15
**operate**
8:25 9:3
**operated**
19:3
**operates**
8:4 9:4 34:6,6,14,20

**opting**
36:17
**opt-out**
37:2,23
**or**
7:7 13:24 16:17 17:3
19:4,5 20:4,4,10,12
20:21 21:7,14,14
22:16,18 25:1,9
28:18 35:23 36:7,7
37:18 39:1,3,8 40:5
41:14
**order**
21:14 39:2
**original**
8:20
**originally**
32:16
**other**
6:15 7:7 9:9,14 14:15
17:9 35:22
**others**
1:4 2:4
**our**
6:15 16:22 21:8,17
21:18 35:16,17
38:13
**out**
12:22 28:15 29:1
36:17
**outcome**
41:19
**outline**
34:22
**outside**
7:15 32:9 33:18
**over**
6:11,15 17:8 28:11
29:2
**own**
8:21 9:21 21:18
24:25 28:10,11,15
28:24,25
**owned**
21:6 32:10
**owner**


MAGNA
LEGAL SERVICES

9:14
**owners**
9:9
**owns**
9:7 25:1

**P**

**page**
4:3,8,9,10,14 10:25
11:1,5 16:18 18:14
19:6 25:2
**pages**
24:8
**parties**
12:9,12 38:23
**party**
12:10 38:25 39:4,9
41:18
**passage**
7:7
**Patterson**
1:4 2:4 4:18 11:22
12:22 13:2,3
**pays**
32:17
**PC**
8:11,14,16
**penalty**
40:3
**pendency**
14:11
**pending**
6:22 16:13 23:9,10
**Pennsylvania**
1:2 2:2 3:4,10 9:5
33:23 34:1,6,14,16
34:20 39:9
**percent**
17:13
**period**
30:17,18
**perjury**
40:4
**permits**
32:22
**PERRONG**

3:3,3 4:4 5:14 6:10
7:12,17,20 10:16
11:3,7,18,23 12:4
12:18 13:3,6,12,14
14:1,7,18,23 15:7
15:15,24 16:10,16
18:3 19:11,19 20:2
20:14,19,24 21:13
22:6 23:1,10,12,23
24:2,5,13 25:2,10
25:15 26:14,20 27:1
27:6,9 28:1,23 29:7
29:23 30:4,10,16
31:7 32:2,10,21
33:9,17,22 34:4,12
34:21 35:1 36:6,15
36:25 37:5,12,20
38:2,8,11,20 39:13
**person**
39:1
**personal**
37:6,21 38:3
**personally**
13:13 20:13 30:15
36:9
**Philadelphia**
3:10
**phone**
15:18 16:11,22 21:18
24:25 26:3 28:10,10
28:11,14,16,24,25
29:2 34:10
**physically**
13:12
**pitch**
28:14
**place**
11:19 41:9
**placed**
11:12
**plaintiff**
1:6 2:6 3:2 26:15
32:12
**Plaintiff's**
4:15,17 10:10,13,21
10:22 16:2,5,6

22:24
**planning**
6:4,5
**play**
14:23 15:2
**played**
15:6,14
**please**
11:4 16:16 25:2
**point**
20:3 24:10,12 29:15
31:18
**port**
28:10
**portal**
13:18,21 14:2,6
**position**
11:10
**practice**
8:7,9 32:8
**prepare**
7:13
**prerecorded**
32:11 37:1,23
**Preservation**
4:19
**prevent**
7:3
**previously**
18:25 20:6 22:25
**principal**
5:21
**printout**
25:3
**prior**
41:4
**privileged**
38:15
**Procedure**
5:10
**proceedings**
39:16 41:16
**produce**
23:18,20,21
**produced**
22:25 38:24 39:3

**Production**
16:7
**professional**
8:4
**prompt**
39:5,7
**proper**
12:10,12 36:21 37:10
37:16,20,22
**provide**
39:9
**provisions**
39:5
**purpose**
12:25 36:20
**purposes**
10:19
**put**
14:15,18 16:9 38:20

**Q**

**question**
6:16,19,21 12:14
16:13 19:18 23:6,9
23:10 27:8,16 37:18
37:18
**questions**
4:7 24:8 37:14,15
38:18

**R**

**rather**
24:10
**rcosgrove@wcmla...**
3:11
**Re**
4:18
**read**
12:15,16 40:4
**reading**
39:7
**reason**
7:6
**reasonable**
39:5
**reasoning**


MAGNA
LEGAL SERVICES

33:1
**reasons**
7:8 27:20,21
**recall**
7:7,8 19:4 20:7 25:18
**receipt**
39:3
**received**
12:22 23:13 24:14
**receiving**
36:17
**Recess**
16:15 34:25
**recognize**
22:16 25:15 26:4
**recognizes**
22:19
**record**
5:15 7:18 10:19
12:16,23,24 13:1
15:4,5 16:10,12
20:13 21:3 24:10
28:3,5 29:9 38:21
38:22
**recorded**
11:23 13:6
**recording**
15:8,13 35:24
**recordings**
29:23 36:16
**records**
22:12
**Recovery**
8:23 9:2,3,7,9,13,17
9:23 10:4 11:8,12
13:5 15:18,19 17:4
17:5 18:1,16,18
20:11 22:15 31:15
32:16,17,18,19
34:19 35:17,20
**referring**
12:21
**reflect**
16:10,12 36:17
**regarding**
38:21

**Reid**
18:4,6
**related**
41:18
**relationship**
8:13 9:12 14:12
18:25 30:25
**relevant**
12:12
**remember**
6:2
**replay**
15:13
**REPORTED**
1:24
**reporter**
5:5,9 6:14 10:12 16:1
22:23 27:14 39:15
41:3
**REPORTER'S**
41:1
**reports**
35:10
**represent**
17:21 23:12 24:13
**republic**
33:23 34:1
**request**
4:19,19 19:11,14,19
20:16 27:2 28:1
29:4,7 30:21,22
31:4,7 36:13 37:15
41:14
**requests**
4:17 10:22 16:5,7
20:20 27:22
**requires**
37:1
**reserve**
24:11
**respect**
24:12 27:15 37:14
**respective**
22:9,12
**response**
4:15,17,19 10:20,21

16:4,6 23:13,25
24:14,15,16 29:3
30:24,25 38:24 39:6
39:10
**responses**
8:2 10:10,15,16
23:18,21,22 30:5
**Responsive**
4:19
**restricted**
12:11
**review**
7:23,25 21:13 28:17
41:15
**right**
7:16 10:18 12:8
15:11 19:13 37:12
39:13
**rights**
24:11
**ROBERT**
3:9
**ROMAN**
3:3
**rotate**
28:15
**rotating**
29:1
**rotation**
29:1
**routed**
18:21
**routinely**
30:13
**routing**
18:23
**rule**
12:6 38:23 39:1
**rules**
6:12 23:20 39:8,8
**ruling**
38:13
**run**
35:10

_____
**S**
_____

**said**
9:1 14:24 20:12 41:8
41:18
**sales**
28:14
**same**
6:25 18:9 26:14
**sandbag**
39:11
**say**
9:16 15:10,15 17:11
19:23 25:5,10 27:7
28:7 31:11,13 35:17
**says**
16:24 19:17,23 24:1
25:24 29:8 31:12
36:24
**scope**
8:6 11:15 36:20 37:4
37:16,19
**search**
21:14,21 22:4,9
**second**
4:17 8:21 10:25 16:5
16:6,6 20:17,21,24
31:3 36:14,15
**section**
5:10
**see**
16:24 18:21 24:1,19
25:9 26:8,12,12,13
29:1
**seek**
38:12
**seems**
18:21
**seen**
23:5 33:9
**Segundo**
9:22
**select**
36:7
**send**
13:7
**sent**
31:21,22 32:11 37:9



separate
 10:18 31:15,18
served
 39:1
service
 30:19
services
 1:24 19:15,20 30:23
   32:20
serving
 38:25 39:4
set
 4:15,17 10:10,16,21
   16:4,6 17:6,6 20:18
   32:16 36:14,15,22
share
 9:16,17,20
she
 25:21,23
shorthand
 5:9 41:2,9,13
should
 17:5 34:22 39:4
show
 22:21
shown
 23:3,3
sign
 41:15
signature
 19:6
similarly
 1:5 2:5
sitting
 26:20
situated
 1:5 2:5
slow
 27:14
so
 10:19 11:13 12:19
   14:7 17:2 20:10
   21:20 24:13,21
   26:14 29:18 31:2,7
   31:20,21 32:2 34:4
   37:12,19 38:8,15,21

 41:13
software
 13:11
solely
 18:16 34:6,7
some
 6:11 20:3,10 35:6
Somebody
 35:16
someone
 20:15
something
 35:23 38:20
Sorry
 12:14 19:18 27:14
Sounds
 6:22,23
South
 2:14
space
 9:16,17
speak
 6:15 7:18,21
speaking
 7:15
specific
 13:2,3 20:7 23:17
   37:15
specifically
 12:11 37:10
staff
 36:11
standard
 38:5
standing
 24:7
state
 5:15 11:7 18:24
   30:25 34:14 38:23
stated
 6:12
states
 1:1 2:1 5:19 8:8,24
   9:3 17:14,18 24:17
   30:24
status

 17:18
Stevenson
 25:16,19
still
 20:17 28:7 33:11
   35:1,5
stop
 14:5
Street
 2:15 3:9
subject
 6:3 37:5,20
subpoena
 12:10 23:14,17,18,21
   23:21,24 24:15
   38:25 39:4,10
subpoenaed
 12:5
subscribe
 19:23,25 20:15 21:9
   29:13 30:23 31:4,12
subscribed
 20:2,7,11 30:19
   41:20
subscriber
 21:2,15 25:3 28:2,5
   29:9,19,25
subscribes
 19:23 31:4
subscribing
 19:15,20 21:1
subscription
 21:19 28:13 31:8
such
 23:6 32:7,22
suggesting
 23:5
Suite
 2:15 3:10
supplement
 30:5
sure
 6:10 17:11,13 18:21
   34:24 35:14
suspended
 39:16

switched
 17:8
sworn
 41:6
system
 16:22 21:8,17 22:5
   28:15 35:5,6
systems
 21:13

**T**

take
 6:20,21,25 11:19
   16:14 28:11 34:21
taken
 2:14 6:10 41:8,13
talking
 20:23 24:6 37:13
TCPA
 36:25 37:6,21,23
   38:2
Technology
 19:1,2,7,15,21 20:8
   21:7,22 22:7 23:14
   24:15,17 25:4,22,25
   28:17 29:16,24
   30:11,14,23 31:1,9
   31:16,19,22 34:13
   35:4,6,25
telemarketing
 37:1
telephone
 15:17,19 17:2,3,17
   17:22 18:8,10 21:1
   21:3,8 22:4,10,13
   24:17,21 26:9,14
   28:3,6,18 29:9
   31:21 33:22 34:5,13
   35:25 36:5 38:4
terminated
 14:12 35:7
testified
 5:11
testify
 41:6
testifying


MAGNA
LEGAL SERVICES

7:4

**testimony**
18:15 20:6 40:7

**Texas**
5:20 8:17 17:15,19
18:1

**than**
7:7 9:14 14:15 24:10

**Thank**
39:15

**that's**
6:25 8:21 15:7 19:16
21:20 23:19,22 26:7
27:17 33:17 34:3,5
37:7 38:4,6,19
39:13

**their**
13:10,11 14:6 22:5
28:13,14 35:21,23
36:11

**them**
10:20 11:13 14:15,18
20:1,2,15 28:24
29:1,1 39:3

**then**
13:17 23:16 25:24
31:11 32:2 39:10

**there**
7:3,5,6 8:15 9:9,14
16:12 23:10 34:23

**thereafter**
41:10

**Therefore**
12:10

**therein**
40:7 41:9

**thereof**
41:19

**there's**
22:4 23:4,9

**these**
24:8 41:16

**they**
10:18 22:16 28:13,14
28:25,25 29:1

**they're**

30:5

**think**
11:14 13:10 16:21,21
20:6,21 23:7 27:11
27:16,20,24,24
28:13 31:20 33:25
34:16

**this**
10:9,14 11:24 12:12
13:24 14:12 15:4,10
15:16,24 16:17,21
17:2 21:21 22:7,9
22:13,16,19,25 23:5
23:7,13,15,17 24:8
24:12,14,16,16 25:3
25:8,23 26:14,15
27:1,15 28:18 29:3
31:7 32:4 33:12
36:7,8,19 37:9,10
37:15,17,17,17 38:9
40:8 41:21

**Thomas**
18:4,6

**those**
10:22 12:23,24 13:1

**thousands**
28:14

**three**
20:23 24:8

**through**
13:15 21:8,9 28:13
31:1,1,9,21

**Thursday**
2:17 5:1

**time**
6:17,17 7:7 23:4
24:12 26:1 30:17,18
38:17 41:9

**title**
25:4,5

**titled**
26:21

**today**
7:4,8,24 8:1 18:15
37:14

**today's**

7:13 36:20 37:7,8

**too**
38:9

**transcribed**
12:20 14:25 41:10

**transcript**
40:4,7 41:12,16

**transcription**
41:10

**true**
40:6 41:12

**truth**
41:6,6,7

**truthfully**
7:4

**try**
6:7,13

**turn**
11:3 16:16 19:11
20:16 25:2 29:7

**two**
10:23 24:7

_____
            U
_____

**unable**
7:6

**under**
6:24 12:6 16:24 18:1
19:1 23:19 25:4
31:23 35:2 37:6,23
39:7 40:3 41:11

**understand**
6:24 25:3 28:9,25
35:1

**understood**
6:17

**undertake**
14:10 35:12

**United**
1:1 2:1 17:14,18

**unless**
6:18 38:14

**up**
6:7,13 7:24,25 10:9
12:25 17:6,6 24:5
32:16 34:22 35:5

38:25

**upload**
13:12

**uploaded**
13:11 29:23 35:24

**upon**
27:21

**us**
23:23

**usage**
32:18

**use**
8:17 28:15,25

**used**
18:16,18 22:5 26:15
34:5

**uses**
25:1 32:16,20 34:19

**using**
14:5

_____
            V
_____

**v**
4:18

**vendors**
11:9

**verbal**
6:13

**verification**
10:25 11:1

**verified**
27:22

**version**
15:3

**Vertik**
35:23

**violative**
23:19

**voice**
4:16 6:7,13 15:7
35:24

**vs**
1:6 2:6

_____
            W
_____

**WADE**


MAGNA
LEGAL SERVICES

3:8

**Wajda**
1:7,14 2:7,14 4:4,15
4:17,18 5:7,16,21
8:3,11,13,14,16,21
9:12,18 10:1,7
11:10,15 12:2,5,9
15:10,16,22 16:24
17:3,6,10 18:7,10
18:18,20 20:10 21:2
23:12 24:13,18,19
24:22 25:5,11 26:21
28:2,5 29:8 31:6,9
31:12,23 32:3,8,10
32:15,17 33:11,12
33:17 34:4,10 40:3
41:5
**want**
6:11 10:9 23:25
27:20 36:7 38:20
**was**
5:10 6:3 8:20 10:12
12:5,14 13:15,24
14:16 15:5 16:1,11
16:13,22 17:6 19:1
19:2,4,18 20:6
21:16 22:23 23:17
24:21 25:21,23
26:15 28:18 31:1,9
31:21,23 32:24,25
33:1 35:10 37:24
40:6 41:5,8
**way**
17:6 28:9 30:24
**we**
6:21 8:17 12:19,20
14:5,15,16,24 15:3
19:25 20:17,23 21:7
23:13,14,25 24:14
24:16 28:15 34:22
35:8,14 38:21
**website**
15:20,22 17:12 18:20
**welcome**
27:23
**well**

25:14 36:19 38:21
**were**
6:25 30:18 39:16
**Western**
1:2 2:2 17:15,19 18:1
39:8
**we'll**
6:14 10:9 14:24
15:24 38:15,16
39:11
**we're**
14:23 15:2 16:18
22:21 24:6 38:8,11
38:12
**what**
5:19 6:1,3 7:25 8:3,6
8:8,13,16,19,24 9:3
9:12 11:17 12:14,25
12:25 15:15,17
16:18,20 17:17
19:16,18 20:4 21:5
21:13 24:1,6 26:6
30:17 31:2,11 33:1
36:4,24 37:7,17,17
38:11
**what's**
29:12 32:2
**when**
9:16 12:22 13:20
14:12 30:17 35:9,17
39:12
**where**
13:7 16:24 21:17
**WHEREOF**
41:20
**whether**
21:14 22:16,18 28:18
**which**
7:18 8:22 12:17
18:12 19:23 20:4
21:8,19,19 27:18,20
27:21 28:23 30:18
36:21 37:17,18
**while**
6:21 16:14
**who**

9:7,23 10:1 11:12,18
11:23 19:1 21:15
25:25 30:10 35:10
35:15,17,20 36:10
37:10
**Whoa**
37:13,13
**whole**
41:6
**whose**
19:2 31:23
**why**
7:6,8 12:15 14:1 17:2
17:6,22 18:9 21:20
21:24 24:21 25:4,10
27:6,7,9 28:8,17
32:24 34:4,12
**will**
16:10 36:22 38:25
**with**
5:9 7:15,19,21 8:11
9:16,17 10:24 11:1
14:8,10 15:10 17:18
18:3,8,25 20:17
24:12,18 25:18 26:9
26:21 27:15 28:24
32:22,24 34:14
38:16,25 39:11,12
**witness**
4:3 6:6,9 7:11 11:1
11:16,17,22 12:2,4
12:13,14,17 13:5,10
13:24 14:5,15,22
16:8,11 18:1 19:10
19:17,18,25 20:23
21:12 22:4 23:2
24:11,25 25:8,14
26:12,19,25 27:12
27:18,18,21 28:22
29:22 30:3,9 31:5,6
32:1,8,15 33:8,16
33:21 34:3,10,19
36:4,23,24 38:14
39:10,11 40:12 41:4
41:15,20
**WLG**

11:8 31:1,2
**word**
19:24 31:3
**work**
14:10 22:1
**works**
18:7 21:25 28:9
**would**
6:25 7:3,6 17:22
18:10 21:9,18,18
31:22 35:15,25 36:1
36:6,10 37:12,21
**wouldn't**
7:8
**wrap**
38:19
**write**
6:14
**wrong**
16:23
**www.MagnaLS.com**
1:25

---
**X**
---
**X**
4:1

---
**Y**
---
**Yeah**
20:25 24:2 37:7
**year**
13:24
**Yes**
5:23,25 7:17 10:6
13:14 15:9,21 18:5
20:15,19,20 24:20
26:5,13 30:16,20
32:1 35:3,11,19
36:15
**your**
5:15 6:7,12,17 10:10
14:7,12 15:7 17:18
18:15 20:6 21:5
23:20 24:8 25:21
26:21 27:2 28:19
29:3,12 30:21 32:3



35:7,13,24 37:18
38:21
**you're**
6:24 15:2 27:23 35:1
**you've**
6:10,16 21:1 27:20

--- **1** ---

**1**
4:8,15 10:10,13,19
10:20,20
**10**
4:15 11:4,5,7
**10:02**
39:16
**100**
17:12
**13th**
41:21
**13-page**
10:25
**1425**
2:15
**15**
4:16
**1515**
3:9
**16**
4:17
**18th**
25:24 30:11
**19038**
3:4
**19102**
3:10

--- **2** ---

**2**
4:16 14:24 15:1
**2:25cv-0177**
4:19
**2:25-cv-01774**
1:4 2:4
**20**
40:9
**2026**

1:16 2:17 5:1 25:25
30:11 41:21
**2050**
3:10
**2094(a)**
5:10
**215**
3:5
**22**
4:18 36:13
**225-5529**
3:5
**246-6670**
21:3 26:9 28:3 29:10
33:23
**25**
4:10
**2657**
3:4
**267**
3:11
**27**
4:8
**29**
4:9

--- **3** ---

**3**
4:9,17,19 15:25 16:2
16:3 19:12
**30**
1:16 2:17 5:1 7:22
**30(b)(1)**
12:6
**310**
26:3
**35**
16:17
**36**
4:10
**38**
9:4

--- **4** ---

**4**
4:18 20:16 22:22,24

27:2 28:1
**4-MRH**
4:19
**45**
38:23

--- **5** ---

**5**
4:4 29:8
**515**
2:14
**550-0003**
15:17 18:9,16

--- **6** ---

**6**
19:12,14,19
**665-0743**
3:11

--- **7** ---

**7**
11:5 30:22,22
**724**
21:3 26:9 28:3 29:10
33:22

--- **8** ---

**800**
17:8,9
**8095**
1:25 2:18 5:5 41:3,24
**866-624-6221**
1:24
**877**
15:17 17:21,22 18:9
18:15

--- **9** ---

**9**
11:5
**9:00**
2:16 5:2
**997-0471**
26:3

