IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

_____

DANIEL PATTERSON, individually and on    :
behalf of a class of all persons and entities    :
similarly situated,    :
            Plaintiff,    :
                :
            v.    :    Case No. 2:25-cv-01774-MRH
                :
WAJDA LAW GROUP, APC,    :
RECOVERY LAW GROUP APC, and    :
NICHOLAS WAJDA,    :
                :
            Defendants.    :
_____    :

## ENTRY OF APPEARANCE

Please enter the appearance of the undersigned as co-counsel of record for Defendant

Wajda Law Group, APC in the above-captioned matter.


Dated: Philadelphia, PA
       June 12, 2026

                          WADE CLARK MULCAHY LLP

                          */s/ Simone Henderson*

                          _____
                          By: Simone Henderson, Esq.
                          Attorney ID # 336407
                          Wade Clark Mulcahy LLP
                          1515 Market Street, Suite 2050
                          Philadelphia, PA 19102
                          shenderson@wcmlaw.com (E-Mail)
                          267.239.5526 (Phone)
                          WCM # 7272.17576
                          *Attorneys for Defendant Wajda Law*
                          *Group, APC*