**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| DANIEL PATTERSON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>      Plaintiff<br><br>vs.<br><br>WAJDA LAW GROUP, APC<br>et al.<br><br>      Defendants. | Case No. 25-cv-1774 |

**<u>UNOPPOSED MOTION FOR EXTENSION OF TIME</u>**

The Plaintiff respectfully seeks an extension of time within which to respond to Defendant Wajda Law Group, APC's Motion to Dismiss (ECF Nos. 35, 36), in this matter to and including July 3, 2026. In support thereof, Plaintiff states that the additional time is necessary to draft a comprehensive opposition to the motion and adequately respond to the Motion due to the press of existing business and other matters. Moving Defendant Wajda Law Group does not oppose this request, and the request is not sought for any improper purpose or delay.

Wherefore, the Plaintiff respectfully requests that the Court grant the requested extension.

RESPECTFULLY SUBMITTED AND DATED this June 14, 2026.

> */s/ Andrew Roman Perrong*
> Andrew Roman Perrong, Esq.
> Perrong Law LLC
> 2657 Mount Carmel Avenue
> Glenside, Pennsylvania 19038
> Phone: 215-225-5529 (CALL-LAW)
> Facsimile: 888-329-0305

a@perronglaw.com

*Attorney for Plaintiff and the Proposed Class*

### **CERTIFICATE OF SERVICE**

I, Andrew Roman Perrong, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

DATED this June 14, 2026.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.