AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | | |
|---|---|---|
| DANIEL PATTERSON, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    2:25-CV-01774-MRH |
| WAJDA LAW GROUP, APC, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Recovery Law Group, APC                                                                     .

Date:     06/15/2026                                          s/ Danielle M. Vugrinovich
                                                                  *Attorney's signature*

                                                        Danielle M. Vugrinovich   #88326
                                                          *Printed name and bar number*

                                                            Marshall Dennehey, PC
                                                          Union Trust Bldg., Suite 700
                                                                501 Grant Street
                                                            Pittsburgh, PA  15219

                                                                  *Address*

                                                        dmvugrinovich@mdwcg.com
                                                              *E-mail address*

                                                              (412) 803-1185
                                                            *Telephone number*

                                                              (412) 803-1188
                                                                *FAX number*