AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | | |
|---|---|---|
| DANIEL PATTERSON, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    2:25-CV-01774-MRH |
| WAJDA LAW GROUP, APC, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Recovery Law Group, APC                                                             .

Date:      06/15/2026

s/ Gregory P. Graham
*Attorney's signature*

Gregory P. Graham   #317205
*Printed name and bar number*

Marshall Dennehey, PC
Union Trust Bldg., Suite 700
501 Grant Street
Pittsburgh, PA  15219

*Address*

gpgraham@mdwcg.com
*E-mail address*

(412) 803-2448
*Telephone number*

(412) 803-1188
*FAX number*