**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DANIEL PATTERSON, individually and on behalf of a class of all persons and entities similarly situated, | ) ) ) | CIVIL DIVISION |
| | ) | NO: 2:25-CV-01774-MRH |
| Plaintiff, | ) ) | |
| | ) | ELECTRONICALLY FILED |
| v. | ) ) | |
| WAJDA LAW GROUP, APC, RECOVERY LAW GROUP APC and NICHOLAS WAJDA, | ) ) ) ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

**DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Recovery Law Group APC in the above-captioned action, certifies that the following are parents, subsidiaries, and/or affiliates of said parties that have issued share or debt securities to the public:

NONE.

Respectfully submitted,
**MARSHALL DENNEHEY, P.C.**

BY: _Danielle M. Vugrinovich_

Danielle M. Vugrinovich, Esquire
PA ID #88326
**Attorney for Defendant, Recovery Law Group APC**
Union Trust Building, Suite 700
501 Grant Street
Pittsburgh, PA 15219
412 803-1185
412 803-1188/fax
dmvugrinovich@mdwcg.com