AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania

| | |
|---|---|
| DANIEL PATTERSON, et al. | ) |
| *Plaintiff* | ) |
| v. | )     Case No.    2:25-CV-01774-MRH |
| WAJDA LAW GROUP, APC, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant,   Nicholas Wajda                                                                          .

Date:      6/19/2026

s/ Gregory P. Graham
*Attorney's signature*

Gregory P. Graham   #317205
*Printed name and bar number*

Marshall Dennehey, PC
Union Trust Bldg., Suite 700
501 Grant Street
Pittsburgh, PA  15219

*Address*

gpgraham@mdwcg.com
*E-mail address*

(412) 803-2448
*Telephone number*

(412) 803-1188
*FAX number*