**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DANIEL PATTERSON**, individually and on behalf of a class of all persons and entities similarly situated, <br><br> *Plaintiff,* <br><br> v. <br><br> **WAJDA LAW GROUP, APC, RECOVERY LAW GROUP APC, and NICHOLAS WAJDA,** <br><br> *Defendants.* | Case No. 2:25-cv-01774-MRH |

**[PROPOSED ORDER GRANTING]
PLAINTIFF'S MOTION FOR A RULE 16 CONFERENCE**

AND NOW, this _____ day of _____, 2026, upon consideration of Plaintiff's Motion for a Rule 16 Conference, it is hereby **ORDERED** that the Motion is **GRANTED**. A conference pursuant to Federal Rule of Civil Procedure 16 shall be held via telephone on _____, 2026, at _____ ____.m., to address the status of the parties' court-ordered Alternative Dispute Resolution, the allocation of ADR-provider fees, any extension of the ADR deadline, and the attendance and settlement-authority obligations of the parties.

*BY THE COURT:*

_____

J. _____

1