**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DANIEL PATTERSON**, individually and on behalf of a class of all persons and entities similarly situated,<br><br>*Plaintiff,*<br><br>*v.*<br><br>**WAJDA LAW GROUP, APC, RECOVERY LAW GROUP APC, and NICHOLAS WAJDA**,<br><br>*Defendants.* | Case No. 2:25-cv-01774-MRH |

**PLAINTIFF DANIEL PATTERSON'S
RESPONSE IN OPPOSITION TO DEFENDANT
WAJDA LAW GROUP'S MOTION TO DISMISS**

Plaintiff Daniel Patterson respectfully opposes Defendant Wajda Law Group, APC's Motion to Dismiss.

The motion should be denied for the reasons set forth in Plaintiff's accompanying brief. In summary, Wajda Law Group's motion is procedurally improper to the extent it seeks Rule 12(b)(6) dismissal based on arguments available before Wajda Law Group answered the original Complaint. In any event, the Amended Complaint plausibly alleges Wajda Law Group's direct liability under the Telephone Consumer Protection Act. Finally, Wajda Law Group's veil-piercing arguments are likewise premature and, in substantial part, misdirected as not applicable to the TCPA.

Accordingly, Plaintiff respectfully requests that the Court deny Wajda Law Group, APC's Motion to Dismiss in its entirety. To the extent the Court concludes that any allegation is deficient, Plaintiff respectfully requests leave to amend.

1

RESPECTFULLY SUBMITTED AND DATED this July 3, 2026.

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.
Pa. Bar #333687
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

*Attorney for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

I, Andrew Roman Perrong, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

DATED this July 3, 2026.

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.

2