**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DANIEL PATTERSON**, individually and on behalf of a class of all persons and entities similarly situated,<br><br>        *Plaintiff,*<br><br>v.<br><br>**WAJDA LAW GROUP, APC, RECOVERY LAW GROUP APC, and NICHOLAS WAJDA,**<br><br>        *Defendants.* | Case No. 2:25-cv-01774-MRH |

**[PROPOSED ORDER DENYING]
DEFENDANT WAJDA LAW GROUP'S MOTION TO DISMISS**

AND NOW, this _____ day of _____, 2026, it is hereby ORDERED that the Defendant Wajda Law Group's Motion to Dismiss is hereby DENIED because the Plaintiff's complaint plausibly alleges that Defendant Wadja Law Group, APC is directly liable as the initiator for the calls at issue.

*BY THE COURT:*

_____
                                                    J.

1