**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| PATTERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | )    2:25-cv-01774 |
| v. | ) |
| | ) |
| WAJDA LAW GROUP, APC, et al., | ) |
| | ) |
| Defendants. | ) |

Hearing Type:   Video Status Conference
Date:   July 8, 2026
Present:   Judge Mark R. Hornak

| | |
|---|---|
| Counsel for Plaintiff | Andrew Perrong |
| Counsel for Defendants | Simone Henderson; Danielle Vugrinovich |
| Court Reporter | Amanda Williamson |
| Law Clerk | Adrian Schmitt |
| Start time | 2:36 PM |
| End time | 3:20 PM |

**SUMMARY OF PROCEEDINGS:**

The Court held this video status conference to discuss the allocation of fees related to the consensual cancellation of the previously scheduled mediation, and Defendant Wajda Law Group, APC's Motion to Dismiss, (ECF No. 35). The Court will reserve ruling on such Motion until all relevant briefing has been filed and it becomes ripe for review.