**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

DANIEL PATTERSON, individually and on
behalf of a class of all persons and entities
similarly situated,

          Plaintiff,

                              Case No.:  2:25-CV-01774-MRH

    v.

WAJDA LAW GROUP, APC, RECOVERY
LAW GROUP APC, and NICHOLAS
WAJDA,

          Defendants.

## STIPULATION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT

AND NOW, come undersigned counsel, and hereby stipulate with regard to responding to

Plaintiff's Amended Complaint.  It is stipulated that Defendants, RECOVERY LAW GROUP

APC and NICHOLAS WAJDA, will file their Answer and Affirmative Defenses to Plaintiff's

Complaint on or before July 24, 2026.

                                      Respectfully submitted,

**PERRONG LAW, LLC**               **MARSHALL DENNEHEY, P.C.**

BY:  *s/Andrew Roman Perrong*_____    BY:  *s/Danielle M. Vugrinovich*_____
     Andrew Roman Perrong, Esquire        Danielle M. Vugrinovich, Esquire
     PA ID #333687                     PA ID #88326
     2657 Mount Carmel Avenue           Union Trust Building
     Glenside, PA  19038               501 Grant Street, Ste. 700
     215-225-5529                    Pittsburgh, PA  15219
     a@perronglaw.com               412-803-1185
     **Counsel for Plaintiff**            dmvugrinovich@mdwcg.com
                                **Counsel for Defendants, Recovery Law
                                Group APC and Nicholas Wajda**

**APPROVED BY:**

_____
Mark R. Hornak
*Chief Judge*