UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

DANIEL PATTERSON, individually and on behalf of all others similarly situated,

Plaintiff,

v.

WAJDA LAW GROUP, APC, RECOVERY LAW GROUP APC, and NICHOLAS WAJDA,

Defendants.

Case No.: 2:25-CV-01774-MRH

**WADE CLARK MULCAHY LLP'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Robert J. Cosgrove, Esquire, Simone Nicole Henderson, Esquire, and Wade Clark Mulcahy LLP (collectively, "Counsel") hereby move this Honorable Court for leave to withdraw as counsel for Defendant Wajda Law Group, APC ("WLG"), pursuant to the Local Rules of Court for the Western District of Pennsylvania and the Pennsylvania Rules of Professional Conduct, for the reasons set forth below and in the accompanying Brief.

In short, this matter arises from a dispute between Plaintiff and Defendants surrounding phone calls allegedly received from Defendant(s). The Complaint was filed on November 14, 2025. Counsel was retained by WLG's insurer on WLG's behalf for legal representation in the above-captioned action in connection with WLG's professional liability insurance under a reservation of rights. Counsel entered their appearance and answered the Complaint on WLG's behalf on December 9, 2025, and have represented WLG since that date.

As the matter progressed and relevant facts were elicited in discovery, WLG's insurer determined that the professional liability insurance WLG holds does not cover this matter and,

accordingly, the insurer disclaimed responsibility for any legal fees incurred after June 16, 2026. Pursuant to Counsel's duties as counsel of record, Counsel continued their representation of WLG on a *pro bono* basis while Counsel and their client discussed whether WLG would privately retain Counsel to continue representation on this matter. It has been determined that WLG will not privately retain Counsel.

Pursuant to Judge Hornak's Motions Practice Procedures, Counsel states that Counsel has brought up the possibility of its withdrawal with the other parties and before the Court; as of the writing of this Motion, no other parties have voiced any opposition thereto.

Pursuant to the WDPA local rules, Counsel states that the succeeding attorney is not known, and client's name, address, and phone number are included below:

**Nicholas Wajda**
Wajda Law Group
400 Continental Blvd., 6th Floor
El Segundo, California 90245
(310) 997-0471

Counsel further states that they attempted to obtain the client's approval and signature, but have not received a response.

WHEREFORE, Robert J. Cosgrove, Esq., Simone Nicole Henderson, Esq., and Wade Clark Mulcahy LLP respectfully request that this Honorable Court grant them leave to withdraw as counsel for Defendant WLG in connection with the above-captioned matter.

Dated: Philadelphia, PA
August 19, 2026

Respectfully Submitted,

WADE CLARK MULCAHY LLP

*/s/ Robert Cosgrove*
Robert J. Cosgrove, Esq.

*/s/ Simone Henderson*
Simone Nicole Henderson, Esq.