UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL PATTERSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WAJDA LAW GROUP, APC, RECOVERY LAW GROUP APC, and NICHOLAS WAJDA,<br><br>Defendants. | Case No.: 2:25-CV-01774-MRH |

**ORDER**

Upon consideration of Counsel Robert J. Cosgrove, Esq., Simone Nicole Henderson, Esq., and Wade Clark Mulcahy LLP's Motion for Leave to Withdraw as Counsel, and any response thereto, it is hereby **ORDERED** that:

1. Movants' Motion for Leave to Withdraw as Counsel is **GRANTED**.
2. Counsel for Wajda Law Group, APC, Robert J. Cosgrove, Esq., Simone Nicole Henderson, Esq., and Wade Clark Mulcahy LLP, are granted leave to withdraw as counsel for Wajda Law Group in this action.
3. Wajda Law Group is granted 30 days to obtain new counsel.

SO ORDERED this ______ day of _____________, 2026.

_______________________________

Mark R. Hornak
United States District Judge