**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DANIEL PATTERSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WAJDA LAW GROUP, APC,<br><br>Defendants. | Case No. 2:25-CV-01774-MRH |

**PROOF OF SERVICE**

I hereby certify that a true and correct copy of the ***defendant Wajda Law Group, APC's Motion to Withdraw as Counsel*** were served upon the parties listed below this 19th day of August 2026 via certified mail:

**Nicholas Wajda**
Wajda Law Group
400 Continental Blvd.,
6th Floor
El Segundo, California 90245
**Tracking: 9589 0710 5270 2942 3762 19**

Dated: Philadelphia, PA
August 21, 2026

WADE CLARK MULCAHY LLP

*/s/ Robert J. Cosgrove*

By: Robert J. Cosgrove, Esq.