UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL PATTERSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WAJDA LAW GROUP, APC, RECOVERY LAW GROUP APC, and NICHOLAS WAJDA,<br><br>Defendants. | Case No.: 2:25-CV-01774-MRH |

**ORDER**

Upon consideration of Wajda Law Group, APC's ("WLG") Motion for Extension of Time to Retain Substitute Counsel and any response thereto, it is hereby **ORDERED** that:

1. WLG's Motion is **GRANTED**; and
2. WLG is granted leave of thirty (30) days from the date of this Order to retain substitute counsel and have said substitute counsel appear on the record on WLG's behalf.

SO ORDERED this ______ day of _____________, 2026.

_____________________________

Mark R. Hornak
United States District Judge