UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL PATTERSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WAJDA LAW GROUP, APC, RECOVERY LAW GROUP APC, and NICHOLAS WAJDA,<br><br>Defendants. | Case No.: 2:25-CV-01774-MRH |

**WAJDA LAW GROUP, APC'S MOTION TO SEAL THE EXHIBIT(S) ATTACHED TO THE MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Defendant Wajda Law Group, APC ("WLG"), by and through its attorneys WADE CLARK MULCAHY LLP, hereby moves this Honorable Court for the Exhibit(s) submitted in support of Counsel's Motion for Leave to Withdraw as Counsel to be electronically locked and sealed, for the reasons set forth below and in the accompanying Brief.

In short, this matter arises from a dispute between Plaintiff and Defendants surrounding phone calls allegedly received from Defendant(s). The Complaint was filed on November 14, 2025. Counsel was retained by WLG's insurer on WLG's behalf for legal representation in the above-captioned action in connection with WLG's professional liability insurance under a reservation of rights. Counsel entered their appearance and answered the Complaint on WLG's behalf on December 9, 2025, and have represented WLG since that date.

On June 16, 2026, WLG's insurer disclaimed coverage with respect to this matter and stated that it would no longer be paying Counsel's fees. Pursuant to Counsel's duties as counsel of record, Counsel has continued their representation of WLG on a *pro bono* basis since that date. Once it

was determined that Counsel would not be privately retained, Counsel filed a Motion for Leave to Withdraw as Counsel, attaching a copy of the disclaimer letter issued by WLG's insurer in support of their Motion as Exhibit A.

To be brief, WLG has some concerns about potentially sensitive information contained within the coverage disclaimer letter being available for view on a publicly accessible docket system. Accordingly, WLG respectfully requests that the coverage disclaimer letter, marked as Exhibit A to Counsel's Motion for Leave to Withdraw as Counsel, be electronically locked and sealed to prevent public access thereto.

Pursuant to Judge Hornak's Motions Practice Procedures, WLG states that it has not discussed this Motion with the other parties to this action, as WLG believes that this request does not affect the other parties.

WHEREFORE, WLG respectfully requests that this Honorable Court grant its Motion and seal the Exhibit(s) attached to the Motion for Leave to Withdraw as Counsel (ECF No. 57).

Dated: Philadelphia, PA
September __, 2026

Respectfully Submitted,

WADE CLARK MULCAHY LLP

*/s/ Robert Cosgrove*
Robert J. Cosgrove, Esq.

*/s/ Simone Henderson*
Simone Nicole Henderson, Esq.