UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL PATTERSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WAJDA LAW GROUP, APC, RECOVERY LAW GROUP APC, and NICHOLAS WAJDA,<br><br>Defendants. | Case No.: 2:25-CV-01774-MRH |

**ORDER**

Upon consideration of Wadja Law Group, APC's Motion to Seal the Exhibit(s) attached to the Motion for Leave to Withdraw as Counsel (located at ECF No. 57) and any response thereto, it is hereby **ORDERED** that:

1. Wajda Law Group's Motion is **GRANTED**; and
2. The Exhibit(s) attached in support of Counsels' Motion for Leave to Withdraw as Counsel (located at ECF No. 57) shall be electronically locked and otherwise sealed.

SO ORDERED this ______ day of _____________, 2026.

_______________________________

Mark R. Hornak
United States District Judge