**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DANIEL PATTERSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WAJDA LAW GROUP, APC,<br><br>Defendants. | Case No. 2:25-CV-01774-MRH |

**PROOF OF SERVICE**

I hereby certify that a true and correct copy of the ***defendant Wajda Law Group, APC's Motion to Extend Time to Retain Substitute Counsel*** were served upon the parties listed below this 24th day of September 2026 via E-Filing only:

| | |
|---|---|
| Jeremy C. Jackson, Esq.<br>Bower Law Associates, PLLC<br>403 S. Allen St., Suite 210<br>State College, PA 16801<br>jjackson@bower-law.com<br><br>Andrew Roman Perrong, Esq.<br>Perrong Law LLC<br>2657 Mount Carmel Avenue<br>Glenside, PA 19038<br>a@perronglaw.com<br>perronglaw@recap.email<br>*Attorneys for Plaintiff and the Proposed Class* | Danielle M. Vugrinovich, Esq.<br>Marshall Dennehey PC<br>501 Grant Street<br>Suite 700<br>Pittsburgh, PA 15219<br>dmvugrinovich@mdwcg.com<br><br>Gregory P. Graham<br>Marshall Dennehey PC<br>501 Grant Street<br>Suite 700<br>Pittsburgh, PA 15219<br>gpgraham@mdwcg.com<br>*Attorneys for Defendants Recovery Law Group APC and Nicholas Wajda* |

Dated: Philadelphia, PA
September 24, 2026

WADE CLARK MULCAHY LLP

*/s/ Margaret Riley*

By: Margaret Riley, Paralegal