**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DANIEL PATTERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:25-cv-1774 |
| | ) | |
| WAJDA LAW GROUP, APC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

AND NOW, this 25th day of September, 2026, it is here ORDERED that the Court hereby DEFERS ruling on the First Motion to Seal Document (ECF No. 64) pending further consideration by the Court. It is further ORDERED that said document hereby PROVISIONALLY SEALED pending such disposition.

s/ Mark R. Hornak
Mark R. Hornak
United States District Judge

cc: All counsel of record

This Order authorizing the filing of certain materials under seal is provisional in that it may be vacated or modified, in whole or in part, at any time for good cause shown upon the motion of any party (or any other person with a recognized interest as to such matters), or by the Court upon its own motion.
s/ Mark R. Hornak
Mark R. Hornak
United States District Judge