WADE CLARK MULCAHY LLP | ATTORNEYS

1515 Market Street | Suite 2050 | Philadelphia | PA 19102 | 267.239.5526 Phone | 267.565.1236 Fax | www.wcmlaw.com

October 9, 2026

***Via ECF***
The Honorable Judge Mark R. Hornak
U.S. Courthouse
700 Grant Street
Pittsburgh, PA 15219

Re: Daniel Patterson, individually and on behalf of all others similarly situated v. Wajda Law Group, APC
U.S.D.C. for the Western District of Pennsylvania, No. 2:25-cv-01774-MRH
WCM #17576

Dear Judge Hornak:

Our office represents Wajda Law Group, APC, in the above-referenced matter. We have been in touch with our pro bono client. It is our understanding that Wajda Law Group, APC has found counsel and is in the process of finalizing counsel's retention so that counsel will be in place hy the October 24, 2026 deadline.

Thank you for your consideration.

Sincerely,

WADE CLARK MULCAHY LLP

*/s/ Robert J. Cosgrove*

Robert J. Cosgrove, Esq.