WADE CLARK MULCAHY LLP | ATTORNEYS

1515 Market Street | Suite 2050 | Philadelphia | PA 19102 | 267.239.5526 Phone | 267.565.1236 Fax | www.wcmlaw.com

October 26, 2026

***Via ECF***
The Honorable Judge Mark R. Hornak
U.S. Courthouse
700 Grant Street
Pittsburgh, PA 15219

Re: *Daniel Patterson, individually and on behalf of all others similarly situated v. Wajda Law Group, APC, et al.*
U.S.D.C. for the Western District of Pennsylvania, No. 2:25-cv-01774-MRH
WCM #17576

WCM
ATTORNEYS

Dear Judge Hornak:

Our office represents Wajda Law Group, APC ("WLG") in the above-referenced matter. We understand that today, October 26, 2026, is the deadline for WLG to have substitute counsel enter their appearance on its behalf.

We have been in touch with our *pro bono* client. We have been informed that WLG has officially retained substitute counsel, Mr. Felix Rippy, to continue representing WLG in connection with this matter. However, it is our understanding that Mr. Rippy is not currently admitted to practice in the Western District of Pennsylvania. According to our client, Mr. Rippy has begun the process of waiving into this jurisdiction so he can enter his appearance and assume the representation of WLG. We are not personally aware of how far into this process he is or how long it is anticipated to take.

Per publicly available information, Mr. Rippy can be reached at felixrippy@aol.com if the Court would like to get in contact with him regarding this matter.

Thank you for your consideration.

Sincerely,

WADE CLARK MULCAHY LLP

*/s/ Robert J. Cosgrove*

Robert J. Cosgrove, Esq.