**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DANIEL PATTERSON, individually and on behalf of all others similarly situated, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 2:25-cv-01774-MRH |
| WAJDA LAW GROUP, APC, RECOVERY LAW GROUP APC, and NICHOLAS WAJDA, | : | Judge Mark R. Hornak |
| Defendants. | : | |

**MOTION FOR ADMISSION PRO HAC VICE OF FELIX O'NEILL RIPPY**

Felix O'Neill Rippy ("Applicant"), counsel for Defendants Wajda Law Group, APC, Recovery Law Group APC, and Nicholas Wajda, respectfully moves for admission pro hac vice in this action pursuant to Local Civil Rule 83.2.B and this Court's Standing Order Regarding Requirements of Pro Hac Vice Admissions dated May 31, 2006, Misc. No. 06-151. In support, Applicant states:

1. Applicant seeks admission to appear and practice before this Court in this action as counsel for Defendants Wajda Law Group, APC, Recovery Law Group APC, and Nicholas Wajda.

2. Applicant previously represented nonparties Aspiring Media Solutions and Bryan Harris in connection with the April 15, 2026 deposition in the related proceeding, No. 1:26-mc-00015-TWP-TAB, in the United States District Court for the Southern District of Indiana. Wajda Law Group, APC, Recovery Law Group APC, Nicholas Wajda, Aspiring Media Solutions, and Bryan Harris have each waived in writing any conflict arising from that prior representation and Applicant's representation of Defendants in this action.

3. Applicant is a member in good standing of the bars of the State of Indiana and the State of Texas. Applicant's Indiana attorney number is 17519-18, and Applicant's Texas bar number is 16937400.

4. Applicant was admitted to the Texas bar on December 16, 1988, and to the bar of the Supreme Court of Indiana on October 22, 1993. Applicant's sworn supporting affidavit is attached to this motion as Exhibit A. A current Indiana certificate of good standing dated October 27, 2026, is attached as Exhibit B. A current State Bar of Texas certificate of good standing dated October 27, 2026, is attached as Exhibit C. Both certificates have been received and are attached; neither is merely a pending request.

5. As set forth under oath in the accompanying affidavit, Applicant is also a member in good standing of the bars of the following eight United States District Courts:

a. United States District Court for the District of Colorado;
b. United States District Court for the Northern District of Texas;
c. United States District Court for the Southern District of Texas;
d. United States District Court for the Eastern District of Texas;
e. United States District Court for the Western District of Texas;
f. United States District Court for the Northern District of Indiana;
g. United States District Court for the Southern District of Indiana; and
h. United States District Court for the District of New Mexico.

6. Applicant's accompanying affidavit provides Applicant's professional information, bar memberships, and disciplinary disclosure.

7. Applicant is a registered user of the United States District Court for the Western District of Pennsylvania's ECF system.

8. Applicant has read, knows, and understands this Court's Local Rules.

9. The required pro hac vice admission fee is being paid contemporaneously with the filing of this motion.

10. On 10-28-26, Applicant discussed this motion with counsel for Plaintiff, Andrew Roman Perrong, Esq., via email at a@perronglaw.com, with whom Applicant has worked on this case previously during an Indiana deposition and opposing counsel affirmatively has no opposition to this motion to appear pro hac vice.

WHEREFORE, Applicant respectfully requests that the Court enter the accompanying proposed order admitting Felix O'Neill Rippy pro hac vice to represent Defendants Wajda Law Group, APC, Recovery Law Group APC, and Nicholas Wajda, in this action.

Respectfully submitted,

/s/ Felix O'Neill Rippy
Felix O'Neill Rippy
Indiana Attorney No. 17519-18
Texas Bar No. 16937400
Welch & Company, LLC
117 East Charles, #201
Muncie, IN 47304
Telephone: 317-556-2324

Email: frippy@ewelchlaw.com

(Proposed) Counsel for Defendants Wajda Law Group, APC, Recovery Law Group APC, and Nicholas Wajda
Admission pro hac vice requested

Dated: October 30, 2026

EXHIBITS

Exhibit A — Affidavit of Felix O’Neill Rippy.

Exhibit B — Indiana Supreme Court Certificate of Good Standing dated October 27, 2026.

Exhibit C — State Bar of Texas Certificate of Good Standing dated October 27, 2026.

CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2026, the foregoing motion, together with its supporting affidavit, certificates of good standing, and proposed order, is being filed through CM/ECF for electronic service on registered participants identified in the Notice of Electronic Filing. Paper copies will be served on any required recipients identified as nonregistered participants.

/s/ Felix O’Neill Rippy

Felix O’Neill Rippy

**EXHIBIT A**

**Affidavit of Felix O'Neill Rippy**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DANIEL PATTERSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WAJDA LAW GROUP, APC, RECOVERY LAW GROUP APC, and NICHOLAS WAJDA,<br><br>Defendants. | : | Case No. 2:25-cv-01774-MRH<br><br>Judge Mark R. Hornak |

**AFFIDAVIT OF FELIX O’NEILL RIPPY IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

STATE OF ____________________
COUNTY OF ____________________

I, Felix O’Neill Rippy, being first duly sworn upon my oath, depose and state:

1. I am an attorney with Welch & Company, LLC. I make this affidavit from my personal knowledge in support of my motion for admission pro hac vice to represent Defendants Wajda Law Group, APC, Recovery Law Group APC, and Nicholas Wajda, in this action.

2. My business address is Welch & Company, LLC, 117 East Charles St., Muncie, IN 47305. My telephone number is 317-556-2324, and my email address is frippy@ewelchlaw.com.

3. I am a member in good standing of the bar of the Supreme Court of Indiana. My Indiana attorney number is 17519-18. I was admitted to the Indiana bar on October 22, 1993.

4. A true and correct copy of my current Indiana certificate of good standing, issued under the seal of the Supreme Court of Indiana on October 27, 2026, is attached to the motion as Exhibit B.

5. I am also a member in good standing of the bar of the State of Texas. My Texas bar number is 16937400. I was admitted to the Texas bar on December 16, 1988.

6. A true and correct copy of my current State Bar of Texas certificate of good standing dated October 27, 2026, is attached to the motion as Exhibit C. I have received that certificate; the attached document is the certificate itself, not confirmation of an application.

7. In addition to my Indiana and Texas state bar memberships, I aver under oath that I am a member in good standing of the bars of each of the following eight federal district courts:

a. United States District Court for the District of Colorado;
b. United States District Court for the Northern District of Texas;

c. United States District Court for the Southern District of Texas;
d. United States District Court for the Eastern District of Texas;
e. United States District Court for the Western District of Texas;
f. United States District Court for the Northern District of Indiana;
g. United States District Court for the Southern District of Indiana; and
h. United States District Court for the District of New Mexico.

8. I previously represented nonparties Aspiring Media Solutions and Bryan Harris in connection with the April 15, 2026 deposition in the related proceeding, No. 1:26-mc-00015-TWP-TAB, in the United States District Court for the Southern District of Indiana. Wajda Law Group, APC, Recovery Law Group APC, Nicholas Wajda, Aspiring Media Solutions, and Bryan Harris have each waived in writing any conflict arising from that prior representation and my representation of Defendants in this action.

9. One previous disciplinary proceeding concerning my practice of law resulted in a nonconfidential adverse finding or sanction by the disciplinary authority of the State Bar of Texas. That matter involved a public reprimand and a probationary period, which concluded in 2015 without interruption of my practice of law. There have been no bar findings or complaints originating in Indiana or in any of the federal jurisdictions since my Indiana admission in 1993. All were informed of the Texas matter. Before admitting me in 2023, the United States District Court for the Southern District of Texas requested notification of the matter, which I disclosed. I disclose that disciplinary matter here as well.

10. I am a registered user of the United States District Court for the Western District of Pennsylvania's ECF system.

11. I have read, know, and understand the Local Rules of the United States District Court for the Western District of Pennsylvania.

12. I respectfully request admission pro hac vice to appear and practice before this Court as counsel for Defendants Wajda Law Group, APC, Recovery Law Group APC, and Nicholas Wajda, in this action.

FURTHER AFFIANT SAYETH NAUGHT.

______________________________________

Felix O'Neill Rippy

Subscribed and sworn to before me by Felix O'Neill Rippy on this _____ day of ___________________, 2026.

______________________________________

Notary Public

Printed name: ________________________________
My commission expires: ________________________
County of residence: ___________________________

**EXHIBIT B**

**Indiana Certificate of Good Standing**

# SUPREME COURT OF
# THE STATE OF INDIANA

## *Certification*

**STATE OF INDIANA:**

I, Bradley W. Skolnik, Executive Director of the Office of Admissions and Continuing Legal Education, do hereby certify that

FELIX O'NEILL RIPPY

is a member of the bar of the Supreme Court of Indiana since admission on October 22, 1993, and is in good standing therein.

Given under my hand and the seal of said Court at Indianapolis, Indiana, this 27th day of October, 2026.

Bradley W. Skolnik
Executive Director
Office of Admissions and Continuing Education
Indiana Supreme Court

**EXHIBIT C**

**Texas Certificate of Good Standing**

# STATE BAR OF TEXAS

*Office of the Chief Disciplinary Counsel*

October 27, 2026

Re: Felix O'Neill Rippy, State Bar Number 16937400

To Whom It May Concern:

This is to certify that Felix O'Neill Rippy was licensed to practice law in Texas on December 16, 1988, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4253