**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DANIEL PATTERSON, individually and on behalf of all others similarly situated, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 2:25-cv-01774-MRH |
| WAJDA LAW GROUP, APC, RECOVERY LAW GROUP APC, and NICHOLAS WAJDA, | : | Judge Mark R. Hornak |
| Defendants. | : | |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE OF FELIX O'NEILL RIPPY**

AND NOW, this _____ day of __________________, 2026, upon consideration of the Motion for Admission Pro Hac Vice of Felix O'Neill Rippy and the supporting affidavit and certificates of good standing, IT IS HEREBY ORDERED that Felix O'Neill Rippy is admitted pro hac vice to appear and practice before this Court in this action as counsel for Defendants Wajda Law Group, APC, Recovery Law Group APC, and Nicholas Wajda.

BY THE COURT:

___________________________________

Mark R. Hornak
United States District Judge